**SHIFRIN, Elena (id #652933, dob: 02/02/1962)**

**Encounter Date: 02/01/2024**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHIFRIN, ELENA (62yo, F) ID# 652933 | **Appt. Date/Time** | 02/01/2024 09:40AM |
| **DOB** | 02/02/1962 | **Service Dept.** | VM_IL_Wheeling |
| **Provider** | BORIS GUREVICH, MD | | |
| **Insurance** | Med Primary: CAREFIRST ADMINISTRATORS (PPO)<br>Insurance # : ACM000201<br>Policy/Group # : ACM<br>PCP : GUREVICH, BORIS<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Hypertension
Followup: Increased frequency of urination

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** GUREVICH, BORIS: 342 S MILWAUKEE AVE, WHEELING, IL 60090-5021, Ph 847.520.8909, Fax 847.520.8929

## Patient's Pharmacies

**CVS/PHARMACY #8926 (ERX): 983 IL ROUTE 59, ANTIOCH, IL 60002, Ph (847) 395-5691, Fax (847) 395-5894**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 3 in 02/01/2024 09:36 am | **Wt:** | 155 lbs With clothes 02/01/2024 09:36 am | **BMI:** | 27.5 02/01/2024 09:36 am |
| **BP:** | 140/60 sitting L arm 02/01/2024 09:38 am | **Pulse:** | 60 bpm regular 02/01/2024 09:38 am | **RR:** | 16 02/01/2024 09:37 am |
| **T:** | 97.8 F° temporal artery 02/01/2024 09:38 am | **Pain Scale:** | 0 02/01/2024 09:38 am | **O2Sat:** | 96% Room Air at Rest 02/01/2024 09:39 am |

## Allergies

Reviewed Allergies

NKDA

No Known Allergies (Active)

## Medications

**SHIFRIN, Elena (id #652933, dob: 02/02/1962)**

Reviewed Medications

**amLODIPine 2.5 mg tablet** 02/01/24 prescribed
Take 1 tablet(s) every day by oral route for 90 days.

**atorvastatin 20 mg tablet** 02/01/24 prescribed
Take 1 tablet(s) every day by oral route for 90 days.

**fluticasone propionate 50 mcg/actuation nasal spray,suspension** 02/01/24 prescribed
Spray 1 spray(s) every day by intranasal route for 60 days.

**levothyroxine 112 mcg tablet** 02/01/24 prescribed
TAKE 1 TABLET BY MOUTH EVERY DAY IN THE MORNING ON EMPTY STOMACH

**LORazepam 0.5 mg tablet** 01/25/24 filled
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME AS NEEDED

**omeprazole 20 mg capsule,delayed release** 02/01/24 prescribed
Take 1 capsule(s) every day by oral route for 90 days.
**Internal Note:** not taken daily

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/29/21 | | | | | EW0179 | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/08/21 | | | | | EW0168 | | | | | |

## Problems

Reviewed Problems

- Acquired hypothyroidism - Onset: 02/01/2024 - Acquired hypothyroidism; ICD10Description: Acquired hypothyroidism|
- Postoperative hypothyroidism - Onset: 10/31/2023
- Transient hypothyroidism - Onset: 02/17/2023
- Hyperlipidemia - Onset: 10/31/2023 - Hyperlipidemia, unspecified hyperlipidemia type; ICD10Description: Hyperlipidemia, unspecified hyperlipidemia type|
- Nodal rhythm disorder - Onset: 05/06/2020 - Sinus arrhythmia; ICD10Description: Sinus arrhythmia|
- Bradyarrhythmia - Onset: 05/06/2020 - Bradyarrhythmia; ICD10Description: Bradyarrhythmia|
- Gastro-esophageal reflux disease with esophagitis - Onset: 10/31/2023
- Blood in urine - Onset: 11/04/2023
- Localized, primary osteoarthritis of the wrist - Onset: 02/17/2023
- Degenerative joint disease of hand - Onset: 02/17/2023
- Increased frequency of urination - Onset: 10/31/2023
- Impaired fasting glycemia - Onset: 10/31/2023
- Hyperglycemia - Onset: 02/01/2024

## GYN History

Reviewed GYN History
Date of Last Pap Smear: 06/12/2023 (Notes: 1 year ago).
Abnormal Pap: N.

## Obstetric History

Reviewed Obstetric History

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Leukemia |
| Father | - Malignant tumor of colon |
| | - Hypertensive disorder |
| | - Heart disease |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: Professional school degree (example: MD, DDS, DVM, JD)
Are you currently employed?: Yes
What is your occupation?: Medical biller
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 02/01/2024
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
**Home and Environment**
Are there any smokers in your house?: No
Do you use sunscreen routinely?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
How many days of moderate to strenuous exercise, like a brisk walk, did you do in the last 7 days?: 7
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No (Notes: uses glasses)
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Are you able to walk?: Yes: walks without restrictions
Do you have transportation difficulties?: No
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: To some extent
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: No
How many children do you have?: 1
**Advance Directive**
Do you have an advance directive?: No
What is your code status?: Full Code
Do you have a medical power of attorney?: No
**Medication Adherence**
Do you have any barriers to taking your medications as prescribed?: No barriers. I am able to take as prescribed.
**ER/Admissions**
Have you had an unplanned hospital admission in the last year?: No
Have you had an unplanned hospital admission in the last 30 days?: No
Have you had an ER visit since you were last seen?: No
**Medicare AWV, Additional Questions**
A. General Health: In general would you say your health is?: Fair
B. Screening: Do you feel isolated from family and friends?: No
C. Incontinence Screening: Do you find it hard to control your bladder?: No
D. Sexual Health: How often during the past 4 weeks have you been bothered by sexual problems?: Never
E. Oral Health: How often during the past 4 weeks have you been bothered by teeth or dentures?: Seldom
**Migrated Local Questions**
CO detector in the home?: Yes
Military: No

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Thyroidectomy

## Past Medical History

Reviewed Past Medical History
Elevated Cholesterol/Triglycerides: **Y**
GERD/Reflux: **Y**
Thyroid Disease/Disorder: **Y**

## Documents for Discussion

**Discussed the following documents:**

- URINALYSIS, DIPSTICK - 11/14/23
- NONINVASIVE COLORECTAL CANCER DNA + OCCULT BLOOD SCREENING, QL, STOOL - 11/07/23
  Result:
  - COLOGUARD RESULT REPORTABLE: NEGATIVE   NORMAL
- CULTURE, URINE - 11/04/23
  Results:
  - URINE CULTURE, ROUTINE: FINAL REPORT
  - RESULT 1: COMMENT
- CMP, SERUM OR PLASMA - 11/04/23
  Results:
  **- GLUCOSE: 100   ABOVE HIGH NORMAL**
  - BUN: 13
  - CREATININE: 0.71
  - EGFR: 97
  - BUN/CREATININE RATIO: 18
  - SODIUM: 141
  - POTASSIUM: 4.2
  - CHLORIDE: 105
  - CARBON DIOXIDE, TOTAL: 25
  - CALCIUM: 9.3
  - PROTEIN, TOTAL: 7.0
  - ALBUMIN: 4.5
  - GLOBULIN, TOTAL: 2.5
  - A/G RATIO: 1.8
  - BILIRUBIN, TOTAL: 0.4
  - ALKALINE PHOSPHATASE: 77
  - AST (SGOT): 22
  **- ALT (SGPT): 34   ABOVE HIGH NORMAL**
- TSH, SERUM OR PLASMA - 11/04/23
  Result:
  - TSH 3RD GEN: 3.64
- T4, FREE, SERUM - 11/04/23
  Result:
  - FRT4: 1.20
- CBC W/ AUTO DIFF - 11/04/23
  Results:
  - WBC: 7.4
  - RBC: 4.54
  - HGB: 13.3
  - HCT: 40.2
  - MCV: 88.6
  - MCH: 29.3
  - MCHC: 33.1
  - RDW: 14.2
  - PLT: 321
  - GRAN % (SEG): 52.1
  - LYMPH %: 39.0
  - MID % (MONO): 8.9
  - GRAN # (SEG): 3.9
  - LYMPH #: 2.9
  - MID # (MONO): 0.7
- HBA1C (HEMOGLOBIN A1C), BLOOD - 11/04/23
  Result:
  - HGB A1C: 5.7
- LIPID PANEL, SERUM - 11/04/23
  Results:
  **- CHOLESTEROL: 224   HIGH**
  - TRIGLYCERIDE: 73
  **- HDL: 91   HIGH**
  **- CHOL/HDL RATIO: 2.5   LOW**
  **- LDL: 118   HIGH**
  - VLDL: 15

## Screening

**SHIFRIN, Elena (id #652933, dob: 02/02/1962)**

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 2 | Screening form completed by patient using Phreesia. |

## HPI

Patient presents for f/o complaints elevated B/P related to emotional stress and frequent nocturnal urination.

## ROS

**Additionally reports:**
**Constitutional: Denies having fever, chills, or malaise.**
**Vision: Denies changes.**
**Hearing: Denies decreased hearing.**
**Neck: Denies having pain, no lumps or bumps.**
**Cardiac: Denies chest pain or palpitations.**
**Respiratory: Denies having shortness of breath.**
**GI: Denies having any nausea, vomiting, constipation, or diarrhea.**
**GU: Denies incontinence, difficulty urinating, no hematuria,**
**Skin: Denies having rashes, no changes in skin color.**
**Endocrine: Denies having chronic tiredness, no hormonal disorders.**
**Neurological: Denies numbness or tingling, dizziness, headaches, gait changes.**
**Musculoskeletal: C/O . Bilateral hands pain, stiffness, deformities**
**Psych: Denies having depression, or other psychiatric disorders.**

## Physical Exam

General: NAD, well nourished.
Head: Normocephalic, atraumatic.
Eyes: non-icteric, pupils appear grossly symmetric.
Mouth: moist mucus membranes, airway patent.
Neck: Trachea midline.
Heart: well perfused.S1 S2 Normal
Lungs: no respiratory distress, speaks in full sentences.
Neurologic: alert and cooperative, ambulates comfortably, no dysarthria, face appears symmetric.
Psychiatric: affect normal, thought pattern linear.
Skin: no facial diaphoresis, no gross jaundice, no visible rash.
Musculosceletal: bilateral hands deformities consistent with DJD

## Assessment / Plan

**1. Increased frequency of urination** -
Will obtain UA, follow results.
R35.0: Frequency of micturition
- FREQUENT URINATION: CARE INSTRUCTIONS

**2. Renewal of prescription**
Z76.0: Encounter for issue of repeat prescription
- atorvastatin 20 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: (90) tablet Refills: 1 Pharmacy: CVS/PHARMACY #8926 Note to Pharmacy: d/c 10
- levothyroxine 112 mcg tablet - TAKE 1 TABLET BY MOUTH EVERY DAY IN THE MORNING ON EMPTY STOMACH Qty: (1) 90 tablet blister pack Refills: 1 Pharmacy: CVS/PHARMACY #8926
- amlodipine 2.5 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: (90) tablet Refills: 1 Pharmacy: CVS/PHARMACY #8926
- fluticasone propionate 50 mcg/actuation nasal spray,suspension - Spray 1 spray(s) every day by intranasal route for 60 days. Qty: (1) 120 spray aerosol with adapter (grams) Refills: 10 Pharmacy: CVS/PHARMACY #8926
- omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) every day by oral route for 90 days. Qty: (90) capsule Refills: 1 Pharmacy: CVS/PHARMACY #8926

**3. Hyperglycemia** -
follow HgA1c diet discussed
R73.9: Hyperglycemia, unspecified
- *IH* HEMOGLOBIN A1C (LABCORP# 001453) - To be performed on or around 04/27/2024
- COMP. METABOLIC PANEL (14)-322000-P - To be performed on or around 04/27/2024

**4. Hyperlipidemia** -
Uncontrolled, advised about diet, activity, and use of statins for lowering cholesterol.
E78.5: Hyperlipidemia, unspecified
- *IH* LIPID PANEL (LABCORP# 303756) - To be performed on or around 04/27/2024

**5. Acquired hypothyroidism** -
continue Synthroid F/U TSH
E03.9: Hypothyroidism, unspecified

- *IH* THYROID (FT4, TSH) (LABCORP# 224576) - To be performed on or around 04/27/2024

Return to Office

- BORIS GUREVICH, MD for LAB at VM_IL_Wheeling on 04/27/2024 at 09:40 AM
- BORIS GUREVICH, MD for EST at VM_IL_Wheeling on 05/01/2024 at 05:00 PM

Encounter Sign-Off

Encounter signed-off by BORIS GUREVICH, MD, 02/02/2024.

Encounter performed and documented by BORIS GUREVICH, MD
Encounter reviewed & signed by BORIS GUREVICH, MD on 02/02/2024 at 11:55am

**Elena Shifrin**
Patient ID: 652933
Patient Gender: Female
DOB: 02/02/1962
Age: 61 years

# Patient Health Questionnaire

Phreesia

Date of Visit: 02/01/2024 9:40 AM

## Patient Health Questionnaire (PHQ 2/9)

| Over the past 2 weeks, how often have you been bothered by any of the following problems? | Not At All | Several Days | More Than Half the Days | Nearly Every Day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | 0 | **(1)** | 2 | 3 |
| 2. Feeling down, depressed or hopeless | 0 | **(1)** | 2 | 3 |
| 3. Trouble falling asleep, staying asleep, or sleeping too much | Full PHQ-9 not displayed based on patient responses | | | |
| 4. Feeling tired or having little energy | | | | |
| 5. Poor appetite or overeating | | | | |
| 6. Feeling bad about yourself - or that you're a failure or have let yourself or your family down | | | | |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television | | | | |
| 8. Moving or speaking so slowly that other people could have noticed. Or, the opposite - being so fidgety or restless that you have been moving around a lot more than usual | | | | |
| 9. Thoughts that you would be better off dead or of hurting yourself in some way | | | | |
| 10. How difficult have those problems made it for you to do your work, take care of things at home, or get along with other people? | Not difficult at all | | | |

**Results:** 2

**Results Interpretation:** Responses for each item are added for the total score. The total score determines the depression severity based on the following scale

| | |
|---|---|
| 0 - 4 | None |
| 5 - 9 | Mild Depression |
| 10 - 14 | Moderate Depression |
| 15 - 19 | Moderately Severe Depression |
| 20 - 27 | Severe Depression |

Copyright Pfizer

This clinical assessment was brought to you by Phreesia

**SHIFRIN, Elena (id #652933, dob: 02/02/1962)**

**SHIFRIN, Elena (id #652933, dob: 02/02/1962)**
**(Last amended by Galina Tsirulnik on 11/04/2023 at 12:25pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHIFRIN, ELENA (61yo, F) ID# 652933 | **Appt. Date/Time** | 11/04/2023 10:40AM |
| **DOB** | 02/02/1962 | **Service Dept.** | VM_IL_Wheeling |
| **Provider** | BORIS GUREVICH, MD | | |
| **Insurance** | Med Primary: CAREFIRST ADMINISTRATORS (PPO)<br>Insurance # : ACM000201<br>Policy/Group # : ACM<br>PCP : GUREVICH, BORIS<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

lab / venipuncture

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** GUREVICH, BORIS: 342 S MILWAUKEE AVE, WHEELING, IL 60090-5021, Ph 847.520.8909, Fax 847.520.8929

## Patient's Pharmacies

**CVS/PHARMACY #5774 (ERX): 1101 W. MAPLE, MUNDELEIN, IL 60060, Ph (847) 949-2094, Fax (847) 949-2096**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/31/2023)

NKDA

No Known Allergies (Active)

## Medications

Medications not reviewed (last reviewed 10/31/2023)

**atorvastatin 10 mg tablet** — 09/01/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**levothyroxine 112 mcg tablet** — 10/25/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY IN THE MORNING ON EMPTY STOMACH

**omeprazole 20 mg capsule,delayed release** — 02/15/23 entered
Take 1 capsule(s) every day by oral route.
**Internal Note:** not taken daily

## Vaccines

Vaccines not reviewed (last reviewed 10/31/2023)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/29/21 | | | | | EW0179 | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/08/21 | | | | | EW0168 | | | | | |

## Problems

Reviewed Problems

- Postoperative hypothyroidism - Onset: 10/31/2023
- Transient hypothyroidism - Onset: 02/17/2023
- Hyperlipidemia - Onset: 10/31/2023 - Hyperlipidemia, unspecified hyperlipidemia type; ICD10Description: Hyperlipidemia, unspecified hyperlipidemia type|
- Nodal rhythm disorder - Onset: 05/06/2020 - Sinus arrhythmia; ICD10Description: Sinus arrhythmia|
- Bradyarrhythmia - Onset: 05/06/2020 - Bradyarrhythmia; ICD10Description: Bradyarrhythmia|

- Gastro-esophageal reflux disease with esophagitis - Onset: 10/31/2023
- Localized, primary osteoarthritis of the wrist - Onset: 02/17/2023
- Degenerative joint disease of hand - Onset: 02/17/2023
- Increased frequency of urination - Onset: 10/31/2023
- Impaired fasting glycemia - Onset: 10/31/2023

## Family History

Family History not reviewed (last reviewed 10/31/2023)

| | |
|---|---|
| Mother | - Leukemia |
| Father | - Malignant tumor of colon |
| | - Hypertensive disorder |
| | - Heart disease |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 10/31/2023)

**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: Professional school degree (example: MD, DDS, DVM, JD)
Are you currently employed?: Yes
What is your occupation?: Medical biller

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 10/31/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No

**Home and Environment**
Are there any smokers in your house?: No
Do you use sunscreen routinely?: No

**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
How many days of moderate to strenuous exercise, like a brisk walk, did you do in the last 7 days?: 7

**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No (Notes: uses glasses)
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Are you able to walk?: Yes: walks without restrictions
Do you have transportation difficulties?: No

**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: To some extent
Do you use your seat belt or car seat routinely?: Yes

**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: No
How many children do you have?: 1

**Advance Directive**
Do you have an advance directive?: No
What is your code status?: Full Code
Do you have a medical power of attorney?: No

**Medication Adherence**
Do you have any barriers to taking your medications as prescribed?: No barriers. I am able to take as prescribed.

**ER/Admissions**
Have you had an unplanned hospital admission in the last year?: No
Have you had an unplanned hospital admission in the last 30 days?: No
Have you had an ER visit since you were last seen?: No

**Medicare AWV, Additional Questions**
A. General Health: In general would you say your health is?: Fair
B. Screening: Do you feel isolated from family and friends?: No
C. Incontinence Screening: Do you find it hard to control your bladder?: No
D. Sexual Health: How often during the past 4 weeks have you been bothered by sexual problems?: Never
E. Oral Health: How often during the past 4 weeks have you been bothered by teeth or dentures?: Seldom

**Migrated Local Questions**

CO detector in the home?: Yes
Military: No

## Surgical History

Surgical History not reviewed (last reviewed 10/31/2023)
- Cholecystectomy
- Thyroidectomy

## GYN History

GYN History not reviewed (last reviewed 10/31/2023)
Date of Last Pap Smear: (Notes: 1 year ago).
Abnormal Pap: N.

## Obstetric History

Obstetric History not reviewed (last reviewed 10/31/2023)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/31/2023)
Elevated Cholesterol/Triglycerides: **Y**
GERD/Reflux: **Y**
Thyroid Disease/Disorder: **Y**

## Procedure Documentation

**Lab / Venipuncture:**
Venipuncture performed today.
No syncopal episode/complications noted.

## Assessment / Plan

**1. Adult health examination**
Z00.00: Encounter for general adult medical examination without abnormal findings

**2. Postoperative hypothyroidism** -
Will follow TSH and FT4.
E89.0: Postprocedural hypothyroidism

**3. Gastro-esophageal reflux disease with esophagitis** -
Anti-reflux diet and activity discussed. Use PPIs as needed.
K21.00: Gastro-esophageal reflux disease with esophagitis, without bleeding

**4. Hyperlipidemia** -
Continue present management with statin. Discussed risks, benefits, and possible side effects of cholesterol lowering therapy.
E78.5: Hyperlipidemia, unspecified

**5. Impaired fasting glycemia** -
Will follow A1C and CMP.
R73.01: Impaired fasting glucose
- COMP. METABOLIC PANEL (14)-322000-P - Specimen source: Blood venous

Fasting: Yes

**6. Increased frequency of urination** -
Will obtain UA, follow results.
R35.0: Frequency of micturition

**7. Blood in urine**
R31.9: Hematuria, unspecified
- URINE CULTURE, ROUTINE - Specimen source: Urine

## Return to Office

- BORIS GUREVICH, MD for EST at VM_IL_Wheeling on 05/01/2024 at 05:00 PM

## Amendment Sign-Off

Encounter signed-off by Galina Tsirulnik, 11/04/2023.

Encounter performed and documented by Galina Tsirulnik
Encounter reviewed & signed by Galina Tsirulnik on 11/04/2023 at 10:58am
Amendment closed by Galina Tsirulnik on 11/04/2023 at 12:25pm

**SHIFRIN, Elena (id #652933, dob: 02/02/1962)**

**Encounter Date: 10/31/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | SHIFRIN, ELENA (61yo, F) ID# 652933 | **Appt. Date/Time** | 10/31/2023 04:20PM |
| **DOB** | 02/02/1962 | **Service Dept.** | VM_IL_Wheeling |
| **Provider** | BORIS GUREVICH, MD | | |
| **Insurance** | Med Primary: CAREFIRST ADMINISTRATORS (PPO)<br>Insurance # : ACM000201<br>Policy/Group # : ACM<br>PCP : GUREVICH, BORIS<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Annual physical - female

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** GUREVICH, BORIS: 342 S MILWAUKEE AVE, WHEELING, IL 60090-5021, Ph 847.520.8909, Fax 847.520.8929

## Patient's Pharmacies

**CVS/PHARMACY #5774 (ERX): 1101 W. MAPLE, MUNDELEIN, IL 60060, Ph (847) 949-2094, Fax (847) 949-2096**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 3 in 10/31/2023 04:16 pm | **Wt:** | 158 lbs 10/31/2023 04:16 pm | **BMI:** | 28 10/31/2023 04:16 pm |
| **BP:** | 147/79 sitting L arm 10/31/2023 04:18 pm<br>144/80 sitting R arm 10/31/2023 04:24 pm<br>135/80 sitting L arm 10/31/2023 05:28 pm | **Pulse:** | 65 bpm 10/31/2023 04:18 pm | **RR:** | 16 10/31/2023 04:16 pm |
| **T:** | 97.8 F° 10/31/2023 04:16 pm | **Pain Scale:** | 0 10/31/2023 04:16 pm | **O2Sat:** | 97% Room Air at Rest 10/31/2023 04:18 pm |
| **V OD:** | 20/30 10/31/2023 04:24 pm | **V OS:** | 20/30 10/31/2023 04:25 pm | **V OU:** | 20/25 10/31/2023 04:25 pm |
| **SC/CC:** | CC 10/31/2023 04:25 pm | | | | |

## Allergies

Reviewed Allergies

NKDA

No Known Allergies (Active)

## Medications

Reviewed Medications

**atorvastatin 10 mg tablet** 09/01/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**levothyroxine 112 mcg tablet** 10/25/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY IN THE MORNING ON EMPTY STOMACH

**omeprazole 20 mg capsule,delayed release** 02/15/23 entered
Take 1 capsule(s) every day by oral route.
**Internal Note:** not taken daily

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/29/21 | | | | | EW0179 | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/08/21 | | | | | EW0168 | | | | | |

## Problems

Reviewed Problems

- Postoperative hypothyroidism - Onset: 10/31/2023
- Transient hypothyroidism - Onset: 02/17/2023
- Hyperlipidemia - Onset: 10/31/2023 - Hyperlipidemia, unspecified hyperlipidemia type; ICD10Description: Hyperlipidemia, unspecified hyperlipidemia type|
- Nodal rhythm disorder - Onset: 05/06/2020 - Sinus arrhythmia; ICD10Description: Sinus arrhythmia|
- Bradyarrhythmia - Onset: 05/06/2020 - Bradyarrhythmia; ICD10Description: Bradyarrhythmia|
- Gastro-esophageal reflux disease with esophagitis - Onset: 10/31/2023
- Localized, primary osteoarthritis of the wrist - Onset: 02/17/2023
- Degenerative joint disease of hand - Onset: 02/17/2023
- Increased frequency of urination - Onset: 10/31/2023
- Impaired fasting glycemia - Onset: 10/31/2023

## GYN History

Reviewed GYN History
Date of Last Pap Smear: (Notes: 1 year ago).
Abnormal Pap: N.

## Obstetric History

Reviewed Obstetric History

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Leukemia |
| Father | - Malignant tumor of colon |
| | - Hypertensive disorder |
| | - Heart disease |
| | - Diabetes mellitus |

## Social History

Discussed Social History
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: Professional school degree (example: MD, DDS, DVM, JD)
Are you currently employed?: Yes
What is your occupation?: Medical biller
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 10/31/2023

Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
**Home and Environment**
Are there any smokers in your house?: No
Do you use sunscreen routinely?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
How many days of moderate to strenuous exercise, like a brisk walk, did you do in the last 7 days?: 7
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No (Notes: uses glasses)
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Are you able to walk?: Yes: walks without restrictions
Do you have transportation difficulties?: No
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: To some extent
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: No
How many children do you have?: 1
**Advance Directive**
Do you have an advance directive?: No
What is your code status?: Full Code
Do you have a medical power of attorney?: No
**Medication Adherence**
Do you have any barriers to taking your medications as prescribed?: No barriers. I am able to take as prescribed.
**ER/Admissions**
Have you had an unplanned hospital admission in the last year?: No
Have you had an unplanned hospital admission in the last 30 days?: No
Have you had an ER visit since you were last seen?: No
**Medicare AWV, Additional Questions**
A. General Health: In general would you say your health is?: Fair
B. Screening: Do you feel isolated from family and friends?: No
C. Incontinence Screening: Do you find it hard to control your bladder?: No
D. Sexual Health: How often during the past 4 weeks have you been bothered by sexual problems?: Never
E. Oral Health: How often during the past 4 weeks have you been bothered by teeth or dentures?: Seldom
**Migrated Local Questions**
CO detector in the home?: Yes
Military: No

## Surgical History

Reviewed Surgical History
- Cholecystectomy
- Thyroidectomy

## Past Medical History

Discussed Past Medical History
Elevated Cholesterol/Triglycerides: **Y**
GERD/Reflux: **Y**
Thyroid Disease/Disorder: **Y**

## Documents for Discussion

**Discussed the following documents:**
- LAB* - 03/04/23
  Notes - CMP, Lipid, A1C, CBC, FRT4, TSH,
- Patient Portal - Clinical Questionnaire - 10/31/23
- Clinical Document - 10/30/23
  Notes - Clinical Report
- Clinical Document - 10/29/23
  Notes - Clinical Report
- HBA1C (HEMOGLOBIN A1C), BLOOD - 03/06/23
- THYROID PANEL, SERUM - 03/06/23

## Screening

**SHIFRIN, Elena (id #652933, dob: 02/02/1962)**

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 0 | Screening form completed by patient using Phreesia. |

## HPI

Patient presents for an annual wellness exam with no new somatic complaints except frequent nocturnal urination.

## ROS

**Additionally reports:**
**Constitutional: Denies having fever, chills, or malaise.**
**Vision: Denies changes.**
**Hearing: Denies decreased hearing.**
**Neck: Denies having pain, no lumps or bumps.**
**Cardiac: Denies chest pain or palpitations.**
**Respiratory: Denies having shortness of breath.**
**GI: Denies having any nausea, vomiting, constipation, or diarrhea.**
**GU: Denies incontinence, difficulty urinating, no hematuria, increased frequency.**
**Skin: Denies having rashes, no changes in skin color.**
**Endocrine: Denies having chronic tiredness, no hormonal disorders.**
**Neurological: Denies numbness or tingling, dizziness, headaches, gait changes.**
**Musculoskeletal: C/O . Bilateral hands pain, stiffness, deformities**
**Psych: Denies having depression, anxiety or other psychiatric disorders. System**

## Physical Exam

General: NAD, well nourished.
Head: Normocephalic, atraumatic.
Eyes: non-icteric, pupils appear grossly symmetric.
Mouth: moist mucus membranes, airway patent.
Neck: Trachea midline.
Heart: well perfused.
Lungs: no respiratory distress, speaks in full sentences.
Neurologic: alert and cooperative, ambulates comfortably, no dysarthria, face appears symmetric.
Psychiatric: affect normal, thought pattern linear.
Skin: no facial diaphoresis, no gross jaundice, no visible rash.
Musculosceletal: bilateral hands deformities consistent with DJD

## Assessment / Plan

**1. Adult health examination**
Z00.00: Encounter for general adult medical examination without abnormal findings

**2. Postoperative hypothyroidism** -
Will follow TSH and FT4.
E89.0: Postprocedural hypothyroidism
- *IH* FT4 (FREE THYROXINE) (LABCORP# 001974) - To be performed on or around 11/04/2023
- *IH* TSH (THYROID STIMULATING HORMONE) (LABCORP# 004259) - To be performed on or around 11/04/2023

**3. Gastro-esophageal reflux disease with esophagitis** -
Anti-reflux diet and activity discussed. Use PPIs as needed.
K21.00: Gastro-esophageal reflux disease with esophagitis, without bleeding

**4. Hyperlipidemia** -
Continue present management with statin. Discussed risks, benefits, and possible side effects of cholesterol lowering therapy.
E78.5: Hyperlipidemia, unspecified
- *IH* LIPID PANEL (LABCORP# 303756) - To be performed on or around 11/04/2023

**5. Impaired fasting glycemia** -
Will follow A1C and CMP.
R73.01: Impaired fasting glucose
- *IH* HEMOGLOBIN A1C (LABCORP# 001453) - To be performed on or around 11/04/2023
- COMP. METABOLIC PANEL (14)-322000-P - To be performed on or around 11/04/2023

**6. Increased frequency of urination** -
Will obtain UA, follow results.
R35.0: Frequency of micturition
- URINALYSIS, DIPSTICK
- *IH* CBC WITH DIFFERENTIAL (LABCORP# 005009) - To be performed on or around 11/04/2023

**7. Screening for malignant neoplasm of colon** -
Refused colonoscopy.

Z12.11: Encounter for screening for malignant neoplasm of colon
Z12.12: Encounter for screening for malignant neoplasm of rectum
- COLOGUARD

**8. Screening for malignant neoplasm of breast** -
Will schedule mammogram.
Z12.39: Encounter for other screening for malignant neoplasm of breast
- MAMMO, SCREENING, DIGITAL, BILATERAL

## Return to Office

- BORIS GUREVICH, MD for LAB at VM_IL_Wheeling on 11/04/2023 at 10:40 AM
- BORIS GUREVICH, MD for EST at VM_IL_Wheeling on 05/01/2024 at 05:00 PM

## Encounter Sign-Off

Encounter signed-off by BORIS GUREVICH, MD, 10/31/2023.

Encounter performed and documented by BORIS GUREVICH, MD
Encounter reviewed & signed by BORIS GUREVICH, MD on 10/31/2023 at 6:15pm