Your Honor,

I am writing to express my support for Elena Shifrin, whom I have known for over 30 years. My husband and I met the Shifrin family during our first immigration to Israel, and since then, we have become great friends. For over 5 years, we lived together on the same street block in Skokie, Illinois, and our children grew up together. After a full day of work, we attended night school together to learn the English language and further our professional education. I mention this to highlight Elena’s work ethic and dedication.

Just like us, Elena's family came to the United States with big dreams for their future, hoping to create a better life for themselves and their daughter. They arrived in this country with just a few suitcases filled with only the necessities, much like we did. As immigrants, all you desire is for your children to have the opportunities you never did. Elena poured her heart into ensuring her daughter had access to the same opportunities for education and success, just as any other child.

I can confidently affirm Elena's character as loving, trustworthy, and honest. She has been a loyal and supportive friend to me through life's simplest problems and its most serious hardships. When I lost my parents and fell into a deep depression, she always made the effort to be there for me. Whenever possible, she made time to be with me and lift my spirits. Amongst our friends, Elena is known to be the ‘animal lover’ and always watches after our diabetic cat when my husband and I go on vacation. She truly embodies a person who has a very kind and pure heart.

Your honor, thank you for taking the time to read my letter. I hope I was able to express how important Elena is to me and her family. As her close friend, I can see how difficult the last few years have been and I can see her health being affected by her stresses. I assure you she has learned many valuable lessons during this time and feels great remorse for her actions. I respectfully ask for your leniency when making your decision and to please consider giving Elena another chance to stay close to her family and friends.

Sincerely,

Aleksandra Kleban

849 Belle Isle Lane
Vernon Hills, IL 60061
(847)-630-6028



Dear Judge André Birotte Jr.,

My name is Anna Simanovskaia, and I am writing this letter about Elena Shifrin. I have known her for 39 years, since she married my nephew, Roman, on my sister's side. Elena effortlessly became a beloved addition to our family, bringing with her a contagious sense of joy and warmth. Since then, we have developed a strong bond and friendship, enjoyed substantial time and many meaningful moments together.

Over time, Elena became not only my niece but also my close friend. Elena is a hardworking, respected, trustworthy, responsible, and very reliable person who is always willing to help. Since I raised my son alone, Elena often offered support with my son: she picked him up from school, took him to different activities, and spent quality time with him. It was a tremendous assistance to me, and I loved her very much for doing this for me.

Unfortunately, there came a time where we all had to separate and immigrate to different parts of the world. My sister's family all moved to Israel, while my son and I immigrated to Canada. We maintained close contact at all times, but mostly by phone. When my sister, Elena's mother-in-law, was diagnosed with an oncological disease, Elena took an active part in caring for her. I am deeply and forever indebted to Elena for her constant support and care.

When my nephew, Elena, and their daughter, Mishel, immigrated to the United States of America, we became even closer. It was a great joy. We were finally able to visit one another more often and vacation together. During this time, Elena and Mishel got very close to my mother as well.

The Shifrin family came to Canada to be beside my mother in her last days and stayed with me for a while to support me after my mother had passed. I am happy, proud, and thankful to have a niece and friend like Elena. She is truly a great individual, wife, mother, sister, and friend. She is very loving and caring. I have no hesitation in strongly recommending her as a person of good character. I hope I have been able to show you how much Elena means to our family and what a truly one-of-a-kind person she is. Your honor, I respectfully ask for your understanding and leniency in her current legal situation. I kindly request that you allow her to stay near her husband and daughter during these difficult times. Thank you.

If any further questions, clarification, or additional information are required, please contact me at asimanovskaia@gmail.com or 416.520.0086.

Sincerely,

Anna Simanovskaia



51-299 Mullen Drive, Unit 51
Thornhill, ON
L4J 3W3
Canada

Donna Saadeh
139 N Georgetown Sq.
Royal Oak, MI 48067

saadehdonna@gmail.com
248-346-0152

Dear Judge André Birotte Jr.,

Thank you for taking the time to read this letter. I am writing to express my admiration and support for Elena Shifrin, a woman whom I have had the privilege of knowing for over seven years. Elena is not only the mother of my best friend but has also become like a second mother to me. From the moment I met her, she welcomed me into her home with warmth and kindness, treating me as part of her own family. Her generous spirit and caring nature have left a lasting impression on me.

Throughout the years, I have witnessed Elena's unwavering dedication to those around her. Whether it's her family, friends, or even acquaintances, she always goes above and beyond to ensure their well-being. I have fond memories of countless evenings spent at the Shifrin household, enjoying delicious meals prepared by Elena with love and care. Much like my own mother, she never let me walk out the door with an empty stomach and wouldn’t rest until she knew I was back home safely.

During the challenging years of pharmacy school, Elena's support was a constant source of comfort. She would visit Mishel and I, bringing homemade meals to ensure we were nourished and cared for during stressful times. Despite the distance from my own parents, Elena never hesitated to check in on me, always ready to offer assistance and support whenever needed. Elena's integrity and strong work ethic are evident in everything she does. She works tirelessly to achieve her goals and provide for her family. She always reminded Mishel and I how important it was to finish strong and was our constant source of motivation.

Her values of honesty, kindness, and hard work have not only shaped her own life but have also been instilled in her daughter, Mishel. I feel immensely lucky to have her as someone I cherish just as deeply as my own mother. I wholeheartedly support Elena and attest to her outstanding character. She is a remarkable woman whom I deeply admire and respect, and I have no doubt that she will continue to inspire those around her with her strength and compassion. Thank you for considering my words. I humbly ask for your understanding and leniency as you consider your decision.

Sincerely,

Donna Saadeh

D Saadeh

Eugene Gokhman
596 Indian Road
Wayne NJ, 07470

(917) 940-0110
gene07410@yahoo.com

Your Honor Andre Birotte Jr.,

My name is Eugene Gokhman and Elena Shifrin is my cousin. Our fathers are twin brothers, and we were both born and raised in the same small town in Belarus. Although our families were separated by emigration to different countries, we established an even stronger relationship when Elena moved to the United States with her husband, Roman, and daughter, Mishel.

Elena is a very special and family-oriented person. She was always very attentive to my parents, who thought of her as the daughter they never had. She is one of the most caring people I know, always putting other people's interests before her own. When my mother was terminally ill with cancer, Elena used her vacation time to visit and help take care of her by the bedside.

Elena is also a very hard worker, always concerned about her job and responsibilities. She is a wonderful mother who instilled many of her positive traits in Mishel, who achieved her dream of becoming a Doctor of Pharmacy.

One of the first things that comes to mind right away about Elena's personality is how positive and upbeat she is, regardless of circumstances. An optimist by nature. Having health issues herself, Elena never complains and is always the first one to lend a helping hand.

My wife is also very fond of Elena, and we enjoy spending time with her and her family in person as well as on the telephone. Knowing Elena my entire life and the kind of person and citizen she is, I truly hope for the best possible outcome for Elena in her current situation. I firmly believe she deserves it, being such a kind and supportive person to everyone around her.

Sincerely,

Eugene Gokhman

Madison Martin
401 Foch St., Unit 1430
Fort Worth, TX 76107
+1 (760) 552-9794
madimartin77@gmail.com

To the Honorable André Birotte Jr.,

My name is Madison Martin. I've had the privilege of knowing Elena Shifrin for almost 12 years due to the close friendship that I share with her only child, Mishel.

I met Mishel and her family after my parents, little brothers and I uprooted our lives in Southern California and moved to the Chicago suburbs due to my father's career change. This happened midway through my sophomore year of high school, and it was a difficult transition. I involved myself in different sports and extracurriculars, but continued to have the strange gnawing feeling of not really belonging in this new place.

I didn't know I had found my sister when I bumped into Mishel after school one day. My phone was dead and she, as a stranger, immediately let me borrow hers to help me get in contact with my mom - and the rest is history. Warmth, laughter and selfless acts of kindness are qualities that help characterize Mishel. She is one of the most generous people I know. I also know Mishel has learned this from her role model, Elena.

Mishel and her parents were a lifeline to me and became a second family to me. Despite our cultural differences, I felt unequivocally accepted and encouraged to be myself in their presence. Elena's smile lights up the room especially because of the laugh behind it. From cooking a traditional meal while us teens hung out upstairs giggling for hours and watching movies; teaching me a new Russian word and joyously encouraging me until I got it right; or simply checking in on me and asking about my family anytime I came by the house - Elena's presence has always felt like a warm hug and helped soothe my teenage anxiety. She made it clear I was always welcome - Elena made me feel like I belonged.

At the time, I didn't fully understand the breadth of what the Shifrins had to overcome in order to create a better life for themselves in the United States - or the challenges they faced to become a part of an entirely new community and culture. But Elena's everyday example made it obvious that hard work and a good attitude are imperative in creating a meaningful life, despite its difficult moments, and even if you don't feel like you "belong."

Now, years later and living many states away from the Shifrins, I treasure the occasions I get to visit. Last time, this involved a weekend trip so Mishel and I could attend a wedding together to support a high school friend get married. Elena and Mishel's father, Roman, picked us up from the late party, bringing us through the drive-through for a midnight snack, no questions asked - and in the morning, presented us with a full table of food outside on the patio, with fresh salad and jam made from what she had grown in the garden. I was humbled, being met with another example of the unconditional love and kindness that Elena and her family have brought to my life, and I know to the lives of many others.

Your Honor, I implore you to consider who the person behind these charges really is - a hard-working, dutiful and compassionate woman, dedicated to uplifting and embracing her family, her friends and even strangers, like who I once was to Elena. This case has weighed so heavily on Elena, Mishel, and Roman;

and it grieves me to even imagine their tight-knit family ever being separated due to this mistake. I urge you to consider the benefits of having an individual like Elena remain in our community - a US citizen grateful for the opportunities this country has given her, and paying this forward by generously giving to others through her time and talents, to make it even better than when she first arrived. I thank you for your consideration.

Sincerely,

Madison Martin

Honorable Judge André Birotte Jr.,

My name is Margarita Elinson, and I have had the pleasure of knowing Elena Shifrin for 43 years. We first met at our university in Minsk, Belarus, when we were just eighteen. From that moment, Elena and I experienced all of life's precious moments together. We lived together, served as each other's Maids of Honor, and even raised our children together. Elena was not just a friend; she became my family. Your Honor, I hope I can convey how kind, compassionate, authentic, and hardworking Elena is. She has a natural ability to light up a room every time she's around.

From the moment we met in school, Elena was always dedicated to helping others. We motivated and coached each other through our studies and later started working in the same field. A year into school, I had a very serious health scare. I didn't tell anyone besides Elena and my family. She always knew what to say and how to help me remain calm during a time that could have changed my life forever. Luckily, after my surgery, I made a full recovery, and it brought Elena even closer to us all. My parents even insisted she come live with us, knowing how far she was from her own family. In my father's words, "she was the third daughter he always wanted."

Five years after finishing school, my husband and I moved to the United States, while Elena and her family went to Israel for ten years. We maintained constant contact with each other and hoped we would be able to live near each other again. I worried about her and her family's safety and always encouraged her to come to the United States. It seemed like a miracle when we found out they won the green card lottery and were able to reunite and have our children grow up together. All these years, our families have been very close. Elena is very hardworking and strong, but my family and I wanted to ensure their second immigration was less difficult, especially having to start over at the age of 40. We helped them find their first apartment and jobs, and my father even taught Elena how to drive. Besides being a full-time mother, she took English and medical billing courses from the beginning and is now very successful in her current role. She currently manages one of the top-performing accounts in the company she's been working for the last 12 years and is highly valued.

Knowing her all these years, I can confidently say she is a person of good moral character. She has been very supportive over the last decade as my father's Alzheimer's was diagnosed and progressed into dementia. Elena lost her parents at a very young age, so she treated my father just like her own. After the loss of my father, she always checks in on my mother, and for that, I am very thankful. Over the last few years, Elena has also developed several health issues which can be concerning for her age. Just as she was there for me and my father, I want to be there for her.

Your Honor, I respectfully ask you to take into account all the positive, admirable qualities of Elena as you weigh your decision. I really believe and hope that you will see her true character. Elena and her family made a lot of sacrifices when they came to the US. I know how difficult it was to leave her family in Israel to come here. Her daughter and husband mean the world to her. I earnestly ask you to consider granting Elena the opportunity to stay with them and with us. She’s the final piece of the puzzle that holds us all together.

Sincerely,

Margarita Elinson

M. Elinson

999 Enfield Drive
Northbrook, IL 60062
(847)-293-8215

Dear Judge André Birotte Jr.,

My name is Marjorie Arias, and I wanted to start by expressing my gratitude to you for investing your time in reading my letter. Thank you for considering my perspective regarding someone whom I deeply care for and affectionately call 'mama.' You may wonder why I refer to Elena as 'mama' despite our lack of blood relation. The reason is simple: she and her family became my sanctuary away from home.

In 2014, I made the life-changing decision to relocate to Illinois to pursue my education and fulfill my aspiration of becoming a pharmacist. Transitioning from Florida to Illinois brought numerous challenges – new environments, unfamiliar faces, and harsh weather conditions. Initially, the feeling of solitude from being hundreds of miles from home weighed heavily on me. Fortunately, I established authentic friendships during my time in school, notably with Mishel, Elena's daughter, who graciously welcomed me into her home.

Upon meeting Elena, I initially perceived her as intimidating due to her tough exterior. Yet, as I came to know her better, I discovered her heart of gold. She embodies traits reminiscent of my own mother — hard working, compassionate, selfless, and unwaveringly devoted to her family's well-being. I vividly recall my final year of pharmacy school when I moved into my first apartment, without any assistance or financial means to hire movers. Without hesitation, Elena and her family generously dedicated an entire day to help me move. Elena has taken the time to pick me up from the train station in the dead of night to ensure my safety, despite her aversion to driving, particularly at night. Each year, she sets aside time to extend heartfelt birthday wishes. Furthermore, whenever I visit her home, she goes above and beyond to accommodate my dietary restrictions. Words fall short in encapsulating Elena's remarkable character, and I am profoundly grateful for her presence in my life.

As a child of immigrants, we understand the sacrifices our parents made — working multiple jobs, day and night, to ensure our education, provide us with warm meals, and everything within their means. While I understand the gravity of the situation, I implore you to acknowledge the nuances of human goodness. Elena is not a malicious individual, nor were her actions driven by ill intent.

Your Honor, I ask you to consider not only the strictness of the law but also the compassion and understanding that our judicial system can show. Elena is not just a defendant; she is a mother, a friend, and a source of strength for everyone who knows her. Please give my "mama" a chance—a chance to reclaim her life. Our home yearns for her presence, and her absence leaves a void that cannot be filled. I hope justice can be kind and that fairness will guide your decision.

Sincerely,
Marjorie Arias
6260 NE 18th Ave
Fort Lauderdale, FL 33334

Marjorie V Arias

Dear Judge André Birotte Jr.,

I hope this letter finds you well. My name is Natalia Shifrin, and I am writing to share the profound impact my sister-in-law, Elena Shifrin, has had on my life and my family, especially during our most challenging times. Having known her for 40 years, Elena's presence has been a constant source of strength and support.

Our journey began amidst adversity. Following the Chernobyl disaster, my daughter, Antonina, fell severely ill due to radiation exposure. Seeking better healthcare and a better life, we relocated to Israel. During this tumultuous time, Elena's unwavering support became a light of hope for our family. Antonina required frequent medical attention, and constant doctor visits became routine. As a single mother, I struggled to manage the demands of caring for a sick child and daily life. Elena, recognizing the gravity of the situation, stepped in without hesitation, offering her support and assistance. Her presence provided much-needed respite and reassurance during those trying times.

Elena's compassion and dedication did not stop there. She had been struggling to become pregnant for 10 years, a deeply personal challenge. Despite this, she was happy to help take care and raise Antonina. She was not just an aunt to her; she provided the care, love, and support of a second mother. Her willingness to accompany Antonina to appointments, provide emotional support, and lend a helping hand whenever necessary alleviated much of my burden.

Together, within three years, we faced the loss of both my parents and Elena's parents. This was an incredibly hard time for us, but we supported each other through the grief and challenges. Elena's selflessness, kindness, and unwavering support have been a source of strength for our family.

Living far apart now is very hard for both of us, but we continue to support each other through everything. I understand how difficult it is for Elena during this time, especially because she is such a family-oriented person who has always wanted nothing more than to be a mother. Her generosity knows no bounds, and her actions speak volumes about her character. She embodies the true essence of compassion and empathy, and her presence in our lives has been a blessing.

As you consider Elena's character and the impact she has had on our lives, I ask that you recognize her remarkable qualities and the positive influence she has had on our family. She is a shining example of resilience, kindness, and love, and her contributions to our lives deserve acknowledgment and appreciation. I worry for her health, especially at her age, as this is how old Elena's mom was when she passed. I

also worry for my brother, her husband, who also has heart problems. Additionally, my niece Mishel is deeply impacted by her mother's situation. I'm incredibly grateful to Elena, praying for her health and well-being, and I kindly ask for your understanding and belief in her unwavering honesty and integrity. I humbly as for your leniency, if possible, so Elena can be near her family during this challenging time.

Thank you for taking the time to consider my words about Elena. I am deeply grateful for your attention to this matter.

Sincerely,

Natalia Shifrin

AV 12 apt 13
Ashkelon, Israel
(+972) 54-530-0682

**Oleg Gokhman**
**860 Trailing Ridge Rd,**
**Franklin Lakes, NJ 07417**

**Date: March 17, 2024**

**To: The Honorable Judge André Birotte Jr.**

My name is Oleg Gokhman. I am writing to you today in support of my cousin, Elena Shifrin who is appearing before you in this case. I have known Elena since childhood. We both grew up in a small town in Belarus. Our families were close, and our parents instilled a sense of integrity and humility in their children. The most important quality they gave us is the sense of family, which has accompanied Elena and me throughout our lives.

While she lived in Belarus, Elena graduated from a university with an engineering degree and became a successful engineer. But she endured a very difficult period in the late 1980s when Belarus was affected by the Chernobyl nuclear disaster. This disaster affected millions' health, and medical problems didn't bypass Elena. When her family had an opportunity to leave the country, she didn't hesitate and emigrated with her family.

Throughout years of emigration, she worked hard to provide for her family and, at the same time, to adapt to her life in a new country. While learning English and working full time she had to adapt to new cultures and new legal systems. While the freedom of a democratic society offers great opportunities, navigating its complexities, especially legal ones, can be difficult for immigrants accustomed to different systems.

For the past 12 years, Elena has been working as a medical billing associate at Coronis Health company where she was an exemplary worker. Her dedication was evident during the company's downsizing – while many people were let go, Elena's positive attitude and her work ethic ensured that she retained her job.

Elena and her husband Roman worked hard and raised a wonderful daughter, Mishel. After Mishel graduated from college, she continued her dream and graduated with a pharmacy doctorate degree. She became a successful pharmacist. Shifrin's family is a true American

success story.

While Elena acknowledges her mistake, taking a full plea demonstrates her remorse and willingness to accept responsibility. Knowing Elena as I do, I can assure you this is an isolated incident entirely out of character. She is a law-abiding citizen who deeply regrets her actions.

Through this experience, I am confident Elena has learned a valuable lesson. She is a pillar of our family and community, and I firmly believe she will continue to contribute positively to society.

Given her background, remorsefulness, and strong family ties, I respectfully request leniency in Elena's sentencing. I am confident she will continue to be a productive member of our community.

Thank you for your time and consideration.

Sincerely,

Oleg Gokhman



Pavel Knizhnik
2006 Yellowstone
Mundelein, IL 60060
847-530-6653

Your Honor Andre Birotte Jr.,

I am writing to provide a character reference for Elena Shifrin, whom I have known for over 22 years. Our connection dates back to 2001 when Elena and her husband, Roman, immigrated from Israel to the United States of America. This move marked the second immigration for their family, as they had initially immigrated from Belarus to Israel to escape antisemitic prejudice and the effects of Chernobyl.

Since our initial meeting, we have developed a strong friendship, and I can attest to their diligence, reliability, and integrity. Throughout the years, Elena and Roman have consistently demonstrated their hardworking nature and gratitude for the opportunities provided to them by the United States of America.

Elena and Roman have worked tirelessly to support their family, especially their daughter, Mishel, who has since become a Doctor of Pharmacy—a remarkable achievement that fills her parents with pride.

I also want to highlight a personal experience during the 2007-2008 financial crisis when I lost my employment as a mortgage underwriter and my apartment. Elena and Roman generously provided me with a room in their home free of charge, giving me the time I needed to get back on my feet. For this, I am extremely grateful to them.

Your Honor, over the past 22 years, I have come to know Elena as a sweet, caring, and somewhat naive individual. I believe that her naive nature may have contributed to the situation at hand. However, I have faith in your judgment and trust that you will see through this and give Elena a chance to redeem herself.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Sincerely,

Pavel Knizhnik

Dear Judge André Birotte Jr.,

My name is Roman Shifrin and I've been happily married to Elena since June of 1985. Throughout our 39 years together, we've shared both wonderful and difficult moments together, but the one constant promise we made to each other was to stand together through it all. I hope I can convey just how devoted and caring Elena is as both a wife and a mother.

In 1991, with just a few suitcases in hand, we immigrated with our immediate family from the former Soviet Union to Israel. A short time after our arrival to Israel, just as all of us finally started to become more comfortable with a new language and culture, Elena's mother was unexpectedly diagnosed with a rare form of leukemia. During the six months of her mother's illness, my wife turned into a shadow. She couldn't sleep or eat. She took her mother, Mira, from doctor to doctor, went through a tremendous amount of tests and procedures with her, and then chemotherapy. My wife was a devoted daughter until the very end. She stood by her mother's side until she took her last breath, losing her battle to cancer at only 61.

A couple years later, our daughter, Mishel Mirit, was born and we named her in honor of Elena's mother to continue on the legacy. Elena and her mother shared a very close and deep connection. The relationship they had, their love and respect towards people, their work ethic, and honest nature were all passed down to Mishel. The devotion Elena had as a daughter blossomed into a deep devotion of being a mother. I see that same connection between Elena and our daughter as the years pass.

Our second immigration happened to be pure luck. We immigrated to the United States in 2001 after winning the green card lottery. Elena and I were apprehensive at first, knowing we would be leaving our family behind in Israel, but we had to make a decision that would ensure a better, safer future for our daughter. My wife always puts others before herself, and especially our daughter. She was willing to start over once again if that meant her child would sleep soundly at night and have more opportunities to become successful in the United states.

When we arrived in Chicago, Elena's longtime friend from university, Margarita and her family, helped us on our feet. They helped Mishel acclimate to her new life in a different country which came with its own difficulties for not knowing the language as she started school. Shortly after starting first grade, Elena and I were notified about the bullying Mishel was experiencing. Although Mishel behaved normally at home, we were both very concerned that she stopped speaking during school. She communicated with her peers and teachers in writing due to fear of being made fun of. This took a tremendous toll on my wife. I would often catch her crying after putting Mishel to sleep, but showing a brave face all other times. I don't know how she had the strength and patience to go through all these challenges, but she never gave up. She tried everything possible so that Mishel did not feel like an outcast. She took her to a pediatric psychologist, and was constantly in touch with her teachers and school social worker. She took

her to drawing classes, dance lessons, and figure skating so that she could interact and communicate with other children. It took almost two years for Mishel to feel comfortable at school.

Due to my wife's constant perseverance from Mishel's early age, our daughter went on to become a successful professional and adult by pursuing her dream of becoming a Doctor of Pharmacy. Not only did she push her academically, but she also took great interest in Mishel's personal life. When Mishel was in pharmacy school, Elena constantly supported her, always visited her at college, and happily cooked fresh meals for all her friends. All of our daughter's friends, who studied with her, called her their second mother because they were from other states and often needed maternal support, and she provided that. Even now, four years after graduating from college, when our daughter's friends visit, they come to our home and say, "mama, we're here!"

I lost my father at an early age to a stroke and heart related complications. It was very sudden and unexpected to us. When I was diagnosed with a heart condition several years ago, I was very fearful of the consequences because of what happened to my dad. As promised, Elena stood by my side when I was in the hospital and continuously makes sure I am taken care of every day. She accommodates me to all doctors visits and procedures, she encourages me to lead a healthy lifestyle, and makes sure I don't miss a single dose of my medication. When our daughter was diagnosed with a seizure disorder at 17, we were worried it would affect Mishel's academics because stress and lack of sleep often provoked her seizure episodes. Not a day goes by that she doesn't make sure Mishel or I are taken care of. As a husband, I feel incredibly lucky to have such a loving and caring partner in my life and a wonderful mother to our daughter. However, sometimes the person that takes care of everybody needs to be taken care of as well. I often worry about her health as well, especially at her age. We've had many sleepless nights trying to manage her anxiety and significant blood pressure fluctuations amongst other medical conditions.

The last three years have weighed heavily on our family. I see the disappointment in her eyes every day. She feels as if she let me down and set a poor example for our daughter. It is very difficult for Mishel and I to see her this way, but there is not a single day that goes by that she doesn't feel guilt or shame. Your honor, I understand my wife made a very serious and inexcusable mistake, but I ask only for one thing: to approach her punishment with leniency and give her another chance to stay with us. She is truly the glue that holds our family together.

Respectfully,

Roman Shifrin

Shifrin

1414 Trescott St.
Mundelein IL, 60060
847-322-4159

Vladimirs Tolstovs
10376 Michael Todd Ter. Apt Ge
Glenview, IL 60025
(224)-619-6244

Honorable Judge André Birotte Jr.,

My name is Vladimirs Tolstovs, and I'm writing this letter to you in support of a friend very dear to my heart. I want to share with you the story of how Elena and her family became the lifeline for me and my wife, Natalia. We've known each other for more than 18 years, ever since they moved to Mundelein, right from across the street from us. We bonded quickly and became very close friends.

Unfortunately, our family has faced some tough times. Ten years ago, my wife and I lost our only son unexpectedly at just 35 years old. Just a few years before that, my wife was diagnosed with Parkinson's disease. After the death of our son, her disease began to progress very quickly. When the disease began to steal Natalia's health, Elena and her family didn't hesitate to stand by us, offering support and love in ways we never imagined.

I tried my best to care for my wife at home, but ultimately, she needed round-the-clock medical care, so I had to make the heartbreaking decision to move her to a nursing home nearby.

I ended up alone without any family in the United States and very minimal English. I lost my home because I was not able to afford it on my own. Elena always offered her home to me, but I didn't want to be a burden. Elena spent many hours with me, helping fill out all the documents in order for me to get subsidized housing. She also helped me apply for medical insurance after I retired because my health was starting to worsen. Elena, her husband, and their daughter became a second family to me.

Elena and her family are always there for my wife, visiting her at the nursing home and hospital to provide support. Even though she doesn't recognize many people anymore, Natalia lights up at the sight of their familiar faces, and I can see slight improvement in her when they're around.

I honestly don't know how I would've coped without Elena and her family through all these heartbreaking moments. Elena has a heart of gold. She always puts other people before herself and always has the purest of intentions. She's a wonderful wife and mother. If you ever see Elena and her daughter together, you can see how much

love she has for her child and how many good values she passed on to Mishel. I know Mishel and her father are going through a very difficult time during this process as well, so I beg you to please give her the chance to stay with her family. At the end of the day, family is all we have. Seeing their family devastated is reliving another tragedy for me. I humbly ask for your understanding and compassion in considering Elena's situation.

With heartfelt gratitude,

Vladimirs Tolstovs

Dear Judge André Birotte Jr.,

I am writing this letter to offer my sincere and heartfelt support for Elena Shifrin, who is currently before your court. Elena has been an integral part of my life and the lives of my family members, and I wish to highlight her exceptional character and the profound impact she has had on us.

I first met Elena through her daughter, Mishel. We connected during an event hosted by the Russian-speaking Jewish community. From the very beginning, Elena's warmth, generosity, and kindness were apparent. However, it was during the challenging times of the COVID-19 pandemic that Elena's true character shone the brightest. At the time, I was in the United States without my parents, and when the world was grappling with uncertainty and fear, Elena was a ray of hope and support for me. She took me in and treated me as her own daughter during the loneliest time of my life. Elena's unwavering support made an immeasurable difference during one of the most isolating and stressful periods I have ever faced.

Moreover, Elena has been a pillar of strength and support for my parents, who immigrated to the United States a few years ago from Israel. My parents and Elena share the same background, having lived in both the former USSR and Israel. This similar background contributed to Elena's deep understanding of their mentality and familiarity with their situation. She felt it was all too familiar since she was once in their shoes not very long ago, having to start over again. Navigating a new country with limited resources and language barriers is incredibly daunting, but Elena extended her hand to them without hesitation. She guided them through the complexities of settling into a new environment and helped them find housing and employment. Her kindness and generosity provided my parents with a sense of belonging and stability in an unfamiliar land. Without Elena's support, their transition would have been exponentially more difficult.

Elena's compassion extends beyond human relationships; it also encompasses her profound love for animals. When my beloved dog fell seriously ill with kidney failure, Elena was there for me every step of the way. Having experienced the same issue with her own dog a few years ago and performing complex IV dialysis treatments at home for her dog for three years, she knew exactly what I was going through. She accompanied me to veterinary appointments, helped me care for my dog at home, and provided a shoulder to cry on when the prognosis was grim. The at-home care included complex IV treatments, which Elena helped set up and instructed us on. When my dog ultimately passed away, Elena's support did not waver. She helped me cope with the immense grief and loss, showing an incredible depth of empathy and understanding.

Elena's actions reflect a person of extraordinary character and unwavering kindness. She is someone who constantly puts others before herself, offering help and support without expecting anything in return. Her selflessness and dedication to the well-being of those around her have had a profound impact on my life and the lives of my family members.

I respectfully urge you to consider these qualities as you deliberate on her case. Elena is a person who embodies the values of compassion, generosity, and community. Her positive influence has touched many lives, and I believe that she will continue to contribute positively to society.

In light of these exceptional qualities, I humbly ask for your leniency and understanding in her case. Thank you for taking the time to read my letter. I hope that my words convey the depth of gratitude and respect I have for Elena Shifrin.

Sincerely,

Yael Polevoy

337 Willow Pkwy
Buffalo Grove, IL, 60089
847-331-5957

Dear Judge André Birotte Jr.,

My name is Mishel Shifrin, and I'm the daughter of Elena Shifrin. As I write to you, I find it quite challenging to narrow down and share just one story with you. I understand our introduction might come under difficult and far from ideal circumstances, but I want to give you a glimpse of the remarkable woman my mother is. She's truly one of a kind – the most selfless, kind hearted, and resilient person I know.

My mom's life has been everything short of easy, but you'd never know it from her smile. She always finds the positive in everything she does. She went through two immigrations in pursuit of a better life, having to learn two new languages and two new cultures within a short time. Within a course of 2 years, she unexpectedly lost both her parents and in-laws to cancer and cardiac arrest. During this time, she was also going through endless 10 years of failed fertility treatment cycles. She felt defeated, but she never gave up hope. A short time after, she discovered she was pregnant with me and since that moment, her only purpose was to give me the best life she can. I can say, without a single doubt in my mind, that she did exactly that.

I had a very warm and happy childhood. Although our family was small, we were incredibly close-knit. When we were living in Israel, we all lived under the same roof and spent all of our days together. When we were granted the green card, my parents were left with a very difficult decision: give up a once in a lifetime opportunity and stay in Israel with our entire family or move to the United States for a safer, better life as a family of three.

When I was 6 years old, we immigrated to the United States, which was a very scary and intimidating time for me. I entered first grade without knowing any English. Every single day, I remember being teased and laughed at simply because I stood out as 'different' from everyone else. I remember begging my parents to just go back home. I closed off and stopped speaking at school, dreading every day I had to go there. My only form of communication with teachers and a select few peers was through writing. This continued for a period of two years and left me with lifelong trauma. But at home, it was different. I had no trouble speaking to my parents or other adults, and I felt like myself again, full of laughter and energy. My parents were my safe haven. I'll always remember my dad working long hours to support us and my mom being my best friend. On top of learning English and taking courses for medical billing, my mom spent every waking moment figuring out how to help me. We worked with my school counselors, teachers, and school social workers. My mom and I paid frequent visits to a children's psychologist that was part of our Jewish Community Center (JCC). She enrolled me in art classes, figure skating, and dance classes for me to become more comfortable with other children my age.

A pivotal moment in my life came at the end of second grade when my parents invited my favorite teacher, Mrs. Pollack, and my school social worker, Mrs. Washington, for dinner at our home. My mom hoped being in a safe environment would help break me out of my shell. She asked me to show them some of my paintings. It took a few hours, but eventually, I finally started talking. I will never forget looking up and seeing tears on everyone's faces. At the time, I didn't fully grasp the significance of that moment. If it wasn't for my moms persistence and endless support, I don't know where I would be today. It's only now that I understood that for every tear I shed, she shed a hundred more.

My mom is my biggest support system. She has been there for me during the most difficult times in my life and the best times of my life. She has always stood next to me as I navigated from elementary school all the way up to pharmacy school. She showed me the meaning of courage. She taught me the value of hard work and to never give up when life becomes difficult. Without her, I would not be holding a doctorate diploma in my hand. With her unconditional love, she showed me how to love others. How to spread kindness into the world and how to help people without even thinking about it. She built my confidence from the ground up and continues to do so. She is the reason I am the woman I am today. I cannot even imagine going a day without calling her just to see how she's doing or hugging her goodnight. She is my biggest role model and to this day, I can say that I hope to have at least half the love she pours out to the world and strength that she has. She is a woman I aspire to be.

I understand the gravity of the situation my mom faces now. I ask you to please see my mom through a different lens and not just a name on a piece of paper. There is not a day that goes by that she doesn't feel guilt or disappointment. My mom is the kind of person that panics if she is a day late on her bill payment. She made a poor decision, but I can attest that she takes full accountability for her actions. I understand that there are some mistakes that are inexcusable and people have to take responsibility for their actions, but I am certain she understands the severity of this situation and has been learning from this experience every single day. As her daughter and only child, I am committed to standing by her side, just as she always stood by mine. I ask for your compassion, understanding, and consideration to allow my mom the chance she's desperately looking for to make things right. Thank you for taking the time to read my words, and I hope I was able to give you a small glimpse of my mother's heart.

Sincerely,

Dr. Mishel Mirit Shifrin

1414 Trescott St.
Mundelein, IL 60060
847-660-4640