**Vernon Hills Medical Center** **ELEN TYLKIN, M.D.** 800 S Milwaukee Ave, Suite 180 Libertyville,IL60048
*Tel. 847.680.2200 Fax 847.680.6256*

May 28, 2024

Re: Elena Shifrin

DOB: 02/02/1962

To whom it may concern:

Elena Shifrin has been under my psychiatric care since January 2024. I have come to know Elena's and her family's history. During this times Elena has discussed her issues with me regarding the diagnosis of a Major Depressive Disorders including severe sadness, anxiety, headaches, hopelessness, memory gaps and insomnia. After a full review, I prescribed medication for depression and anxiety. I have worked with her to help attempt to get her through this very difficult time coping depression, anxiety and sleeplessness. The severe depression, in combination with anxiety, may cause a temporary lapse of judgement.

Most recently, May 18, 2024 she was still having difficulties with depression and anxiety. I started her on Amitriptyline 10 mg for depression and Lorazepam 0.5 mg for anxiety as needed. She indicated she responded well so I added Hydroxyzine 25 mg at night for her insomnia.

Mrs. Shifrin has shared with me about the ongoing investigation and the awaiting court hearing. She repents of what she did. She gets worry and can't sleep when thinks about.

Elena has shown tremendous strength and character during the time I have known her. Elena is a bright, hard-working, and consciences woman. Her judgment and maturity are beyond her years. She is a woman of high moral character. In my medical opinion, I believe her judgement was impaired due to the tremendous stress being in charge for the economic stability of her family and a demanding work environment along with depression and anxiety.

Please contact me if you have any questions.

Best regards.

E. Tylkin, M.D.