Case 2:21-cr-00259-AB Document 157-4 Filed 07/05/24 Page 1 of 58 Page ID #:814

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 29 Dec 2023

## *CC*

1. Right shoulder pain (right acromio-clavicular joint, right supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, right T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was no significant change with right shoulder pain and neck pain. There was partial improvement with thoracic pain. There is resistant pain at right acromio-clavicular joint and right T4-T6. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1.5 hours.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Right shoulder pain 3/10 (right acromio-clavicular joint); neck pain 3/10 (left C7-T2); thoracic pain 3/10 (right T4-T6).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). right. 3/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 3/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). right. 3/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left.
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

---

## *Assessment*

---

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

## *Plan*

1.
98926 OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5________
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 02 Jan 2024 09:41 AM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 22 Dec 2023

## CC

1. Right shoulder pain (right acromio-clavicular joint, right supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, right T4-T6, left rhomboideus)

## Subjective

Patient presented today for a follow-up visit. Patient states that after the previous visit there was good improvement with left shoulder pain; decreased 50%. There was partial worsening of right shoulder pain. There is resistant pain at right acromio-clavicular joint and right T4-T6. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## Medications

No known medications

## Mental/Functional

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1.5 hours.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Right shoulder pain 3-4/10 (right acromio-clavicular joint); neck pain 3/10 (left C7-T2); thoracic pain 3-4/10 ( right T4-T6).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## Objective

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). right. 3-4/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 3/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). right. 3-4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left.
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 3 medical problems of low risk and moderate complexity decision making (10-15 minutes)
OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5_______
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 26 Dec 2023 03:22 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 15 Dec 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was no significant change with left shoulder pain and thoracic pain. There was partial improvement with neck pain. There is resistant pain at left acromio-clavicular joint and left C7-T2. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1.5 hours.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 3/10 (left acromio-clavicular joint); neck pain 3/10 (left C7-T2); thoracic pain 3-4/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 3/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 3/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 3-4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 3-4/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
 a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
 b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
 c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
 d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
 a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
 b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
 c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
 d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

---

## *Plan*

---

1.
98926 OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5________
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

***Disorder of ligament, left shoulder***

***Neck pain***

***Thoracic pain***

***Shoulder pain***

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 20 Dec 2023 01:27 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 13 Dec 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was partial improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint and left C7-T2. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1.5 hours.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 3/10 (left acromio-clavicular joint); neck pain 3/10 (left C7-T2); thoracic pain 3-4/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 3/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 3/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 3-4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 3-4/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
   a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
   b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
   c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
   d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
   a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
   b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
   c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
   d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 3 medical problems of low risk and moderate complexity decision making (10-15 minutes)
OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5_______
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 20 Dec 2023 01:26 PM

**SOAP Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 30 Nov 2023

## CC

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## Subjective

Patient presented today for a PT follow-up visit. Patient states that after the previous visit there was partial improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint and left C7-T2. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## Medications

No known medications

## Allergies

No allergy history has been documented for this patient.

## Mental/Functional

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1 hour.
Lifting: less than 6 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Left shoulder pain 3-4/10 (left acromio-clavicular joint); neck pain 3-4/10 (left C7-T2); thoracic pain 3/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## Objective

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 3-4/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 3-4/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 3/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 3/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

## *Plan*

Therapeutic exercises applied:
1. Left shoulder AROM.
2. Neck AROM.
3. Thoracic spine stretching and strengthening.
The patient performed:
97110 x 2 Therapeutic exercises per Grid (2 units/30 minutes)
97112 x 2 Neuromuscular Reeducation (2 units/30 minutes)
97032 x 1 Estim Attended
Total treatment time more than 75 minutes.
Continue PT 2 x/week for 4-6 weeks and then reassess.
Rx will include the following as needed: stretching, strengthening, STM, manual techniques, manual traction, joint mobilizations, PROM, US, E-Stim, HEP.
Performed by Andrew Ivanchenko, M.D. Electronic signature on this file.

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 14 Dec 2023 02:08 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 28 Nov 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was no significant change with left shoulder pain and neck pain. There was partial improvement with thoracic pain. There is resistant pain at left acromio-clavicular joint and left C7-T2. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1 hour.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 4/10 (left acromio-clavicular joint); neck pain 4/10 (left C7-T2); thoracic pain 3-4/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 4/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 4/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 3-4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 3-4/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

---

## *Plan*

---

1.
98926 OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5________
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

***Disorder of ligament, left shoulder***

***Neck pain***

***Thoracic pain***

***Shoulder pain***

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 14 Dec 2023 02:08 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 17 Nov 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was partial improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint and left C7-T2. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1 hour.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 4/10 (left acromio-clavicular joint); neck pain 4/10 (left C7-T2); thoracic pain 4/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 4/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 4/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 4/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
   a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
   b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
   c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
   d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
   a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
   b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
   c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
   d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 3 medical problems of low risk and moderate complexity decision making (10-15 minutes)
OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5_______
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 20 Nov 2023 01:29 PM

Case 2:21-cr-00259-AB Document 157-4 Filed 07/05/24 Page 22 of 58 Page ID #:835

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 14 Nov 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was partial improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left C7-T2 and left levator scapulae. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 1 hour.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 4/10 (left acromio-clavicular joint, left supraspinatus); neck pain 4/10 (left C7-T2, left levator scapulae); thoracic pain 4/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 4/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left. 4/10
Scaleni(+).
C7-T2(+). left. 4/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 4/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
   a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
   b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
   c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
   d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
   a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
   b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
   c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
   d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

---

## *Plan*

---

1.
98926 OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5________
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 15 Nov 2023 12:12 PM

**SOAP Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 10 Nov 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a PT follow-up visit. Patient states that after the previous visit there was partial improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint, left supraspinatus, and bilateral T2-T4 . The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Allergies*

No allergy history has been documented for this patient.

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 45 minutes.
Lifting: less than 5 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Left shoulder pain 5/10 (left acromio-clavicular joint, left supraspinatus); neck pain 5/10 (left C7-T2); thoracic pain 5/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 5/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 5/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 5/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 5/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

---

## *Assessment*

---

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

---

## *Plan*

---

Therapeutic exercises applied:
1. Left shoulder AROM.
2. Neck AROM.
3. Thoracic spine stretching.
The patient performed:
97110 x 2 Therapeutic exercises per Grid (2 units/30 minutes)
97112 x 2 Neuromuscular Reeducation (2 units/30 minutes)
97032 x 1 Estim Attended
Total treatment time more than 75 minutes.
Continue PT 2 x/week for 4-6 weeks and then reassess.
Rx will include the following as needed: stretching, strengthening, STM, manual techniques, manual traction, joint mobilizations, PROM, US, E-Stim, HEP.
Performed by Andrew Ivanchenko, M.D. Electronic signature on this file.

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 15 Nov 2023 12:10 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 07 Nov 2023

## CC

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (bilateral T2-T4, left T4-T6, left rhomboideus)

## Subjective

Patient presented today for a follow-up visit. Patient states that after the previous visit there was minimal improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint, left supraspinatus, and bilateral T2-T4. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## Medications

No known medications

## Mental/Functional

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) bilateral T2-T4, left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 45 minutes.
Lifting: less than 5 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 5/10 (left acromio-clavicular joint, left supraspinatus); neck pain 5/10 (left C7-T2); thoracic pain 5/10 (bilateral T2-T4).
QUALITY: Sharp, shooting (+) dull, pulling (_)
TIMING: Pain is worsening with exertion.
STUDIES:

## Objective

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 5/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 5/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 5/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 5/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

## *Plan*

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 3 medical problems of low risk and moderate complexity decision making (10-15 minutes)
OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5_______
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 09 Nov 2023 02:59 PM

**SOAP Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 02 Nov 2023

## CC

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (left T4-T6, left rhomboideus)

## Subjective

Patient presented today for a PT follow-up visit. Patient states that after the previous visit there was partial improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint and left C7-T2. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## Medications

No known medications

## Allergies

No allergy history has been documented for this patient.

## Mental/Functional

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 35 minutes.
Lifting: less than 0 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Left shoulder pain 5-6/10 (left acromio-clavicular joint); neck pain 5-6/10 (left C7-T2); thoracic pain 5-6/10 (left T4-T6, left rhomboideus).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## Objective

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 5-6/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 5-6/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 5-6/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 5-6/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

## *Plan*

Therapeutic exercises applied:
1. Left shoulder AROM.
2. Neck AROM.
3. Thoracic spine stretching.
The patient performed:
97110 x 2 Therapeutic exercises per Grid (2 units/30 minutes)
97112 x 2 Neuromuscular Reeducation (2 units/30 minutes)
97032 x 1 Estim Attended
Total treatment time more than 75 minutes.
Continue PT 2 x/week for 4-6 weeks and then reassess.
Rx will include the following as needed: stretching, strengthening, STM, manual techniques, manual traction, joint mobilizations, PROM, US, E-Stim, HEP.
Performed by Andrew Ivanchenko, M.D. Electronic signature on this file.

***Disorder of ligament, left shoulder***

***Neck pain***

***Thoracic pain***

***Shoulder pain***

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 09 Nov 2023 02:59 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 30 Oct 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was minimal improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint and left C7-T2. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 30 minutes.
Lifting: less than 0 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 6/10 (left acromio-clavicular joint); neck pain 6/10 (left C7-T2); thoracic pain 6/10 (left T4-T6, left rhomboideus).
QUALITY: Sharp, shooting (+) dull, pulling (_)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 6/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left.
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left.
Scaleni(+).
C7-T2(+). left. 6/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 6/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 6/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

## *Plan*

1.
98926 OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5________
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

2.
97112 - Neuromuscular Reeducation (4 Units) - trigger point stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

***Disorder of ligament, left shoulder***

***Neck pain***

***Thoracic pain***

***Shoulder pain***

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 31 Oct 2023 12:34 PM

**SOAP Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 26 Oct 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (left T4-T6, left rhomboideus)

## *Subjective*

Patient presented today for a PT follow-up visit. Patient states that after the previous visit there was partial improvement with left shoulder pain, neck pain, and thoracic pain. There is resistant pain at left acromio-clavicular joint, left supraspinatus, left C7-T2, left levator scapulae, left T4-T6, and left rhomboideus. The patient has difficulty extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Allergies*

No allergy history has been documented for this patient.

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 25 minutes.
Lifting: less than 0 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Left shoulder pain 6/10 (left acromio-clavicular joint, left supraspinatus); neck pain 5/10 (left C7-T2, left levator scapulae); thoracic pain 5/10 (left T4-T6, left rhomboideus).
QUALITY: Sharp, shooting (+) dull, pulling (_)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 6/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left. 6/10
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left. 5/10
Scaleni(+).
C7-T2(+). left. 5/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 5/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 5/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

## *Plan*

Therapeutic exercises applied:
1. Left shoulder AROM.
2. Neck AROM.
3. Thoracic spine stretching.
The patient performed:
97110 x 2 Therapeutic exercises per Grid (2 units/30 minutes)
97112 x 2 Neuromuscular Reeducation (2 units/30 minutes)
97032 x 1 Estim Attended
Total treatment time more than 75 minutes.
Continue PT 2 x/week for 4-6 weeks and then reassess.
Rx will include the following as needed: stretching, strengthening, STM, manual techniques, manual traction, joint mobilizations, PROM, US, E-Stim, HEP.
Performed by Andrew Ivanchenko, M.D. Electronic signature on this file.

### *Disorder of ligament, left shoulder*

### *Neck pain*

### *Thoracic pain*

### *Shoulder pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 27 Oct 2023 12:45 PM

**Office Form Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 25 Oct 2023

## *Form*

TI 10/24 -- 30 visits --

30PT plan/yr 4/1-3/31, 0 used as of 10/24/23 --
20CHIRO plan/yr, 0 used as of 10/24/23

Electronically signed by:
Kristina Kriis
Signed on: 30 Jan 2024 02:42 PM

**MD initial H&P Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 24 Oct 2023

## *CC*

1. Left shoulder pain (left acromio-clavicular joint, left supraspinatus)
2. Neck pain (left C7-T2, left levator scapulae)
3. Thoracic pain (left T4-T6, left rhomboideus)

## *HPI*

Patient is a 61-year-old female, presented today with history of severe left shoulder pain at left acromio-clavicular joint and left supraspinatus for three weeks. The patient has difficulty extending, turning, sitting, lifting, and sleeping. The patient also complains of n eck pain at left C7-T2 and left levator scapulae. There is thoracic pain at left T4-T6 and left rhomboideus. There is decreased range of motion of the left shoulder, neck, and thoracic region. Pain is worse after exertion.

## *PMHx*

No medical history has been documented for this patient

## *PSHx*

No surgical history has been documented for this patient

## *Medications*

No known medications

## *Allergies*

No allergy history has been documented for this patient.

## *Mental/Functional*

LOCATION: Shoulder (+) left acromio-clavicular joint, left supraspinatus. Neck (+) left C7-T2, left levator scapulae. Thoracic (+) left T4-T6, left rhomboideus.
FUNCTIONAL DEFICIT:
Extending: neck, thoracic.
Abducting: left shoulder.
Turning: neck.
Sitting: less than 20 minutes.
Lifting: less than 0 pounds.
Sleeping: less than 4 hours.
INTENSITY/SEVERITY: Left shoulder pain 7/10 (left acromio-clavicular joint, left supraspinatus); neck pain 6/10 (left C7-T2, left levator scapulae); thoracic pain 6/10 (left T4-T6, left rhomboideus).
QUALITY: Sharp, shooting (+) dull, pulling (_)
TIMING: Pain is worsening with exertion.
STUDIES:

## *EXAM*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Shoulder (+) left. flexion (-) abduction (+) less than 80 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Shoulder:
Acromio-Clavicular(+). left. 7/10
Coraco-Brachial(+).left.
Biceps tendon(+).left.
Levator scapulae(+).left.
Supraspinatus(+).left. 7/10
Deltoid(+).left.
Infra-Spinatus(+).left.
Teres minor (+).left.
Subscapularis(+).left.
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). left. 6/10
Scaleni(+).
C7-T2(+). left. 6/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). left. 6/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). left. 6/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

---

## *Assessment*

Disorder of ligament, left shoulder (M24.212) Disorder of ligament, left shoulder modified 25 Oct, 2023
Neck pain (M54.12) Radiculopathy, cervical region modified 25 Oct, 2023
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 25 Oct, 2023
Shoulder pain (M99.07) Segmental and somatic dysfunction of upper extremity modified 25 Oct, 2023

GOALS (10/24/2023):
Assessment:
Patient symptoms were the result of combination of neck pain and shoulder pain due to cervical and thoracic radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and shoulder ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and shoulder muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
  a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and thoracic paravertebral muscles, and shoulder joints – 2-3 times per week for 2-3 weeks
  b. Reduce compression of the cervical, thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic spine (Myofascial release treatment). Every 3-4 days.
  c. Therapeutic exercises to the cervical and thoracic spine and shoulder joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
  d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
  a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
  b. Restore range of motion in the thoracic and cervical spine and shoulder joints 90 % of normal limits using neuromuscular massage and reeducation.
  c. Restore functional capability and strength: sitting 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
  d. Increase ability to work and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M24.212 and M54.12, referred by Dr. Ivanchenko on 10/24/2023 for physical therapy two to three times a week for six weeks.

M99.02; M99.07

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 3 medical problems of low risk and moderate complexity decision making (15-20 minutes)
OMT Regions:
Head: cranio-occipital __+__ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12______
Lumbar: T12-L2 _____L4-L5_______
Sacral/Pelvic: L5-S1____SI_____ Ileo-psoas_____
Extremity Lower: ITB____Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

3.
97112 - Neuromuscular Reeducation (4 Units) - trigger pont stress relaxation, post-isometric facilitation, PNF Stretching Therapy provided for the following areas:
Neck – 30 minutes
Shoulder - 30 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
Total treatment time 75-80 minutes

***Disorder of ligament, left shoulder***

***Neck pain***

***Thoracic pain***

***Shoulder pain***

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 26 Oct 2023 08:30 AM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 23 May 2022

## *CC*

1. Low back pain (bilateral L4-L5, right L5-S1, bilateral sacroiliac joints)
2. Neck pain (right C7-T2, right levator scapulae)
3. Thoracic pain (bilateral T4-T6, right rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was partial improvement with low back pain, neck pain, and thoracic pain. There is resistant pain at bilateral L4-L5 and bilateral T4-T6. The patient has difficulty bending, extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Low back (+) bilateral L4-L5, right L5-S1, bilateral sacroiliac joints. Neck (+) right C7-T2, right levator scapulae. Thoracic (+) bilateral T4-T6, right rhomboideus.
FUNCTIONAL DEFICIT:
Bending: low back.
Extending: neck, thoracic.
Turning: neck.
Sitting: less than 1.5 hours.
Lifting: less than 5 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Low back pain 2-3/10 (bilateral L4-L5); neck pain 2-3/10 (right C7-T2); thoracic pain 2-3/10 (bilateral T4-T6).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Lower Back (+) flexion (+) less than 70 degrees. straight leg raise (+) less than 30 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees to the right.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Lower back:
L3-L4(+).
L4-L5(+). 2-3/10
ilio-costalis muscle(+).
L5-S1(+). right.
sacroiliac(+).
piriformis(+).
gluteus medius(+).
gluteus minimus(+).
ilio-tibial band(+).
ilio-psoas(+).
hamstring(+).
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). right.
Scaleni(+).
C7-T2(+). right. 2-3/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). 2-3/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). right.
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Low back pain (M54.17) Radiculopathy, lumbosacral region modified 6 Apr, 2022
Neck pain (M54.12) Radiculopathy, cervical region modified 6 Apr, 2022
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 6 Apr, 2022
Low back pain (M99.04) Segmental and somatic dysfunction of sacral region modified 6 Apr, 2022

GOALS (04/05/2022):
Assessment:
Patient symptoms were the result of combination of neck pain and low back pain due to cervical and lumbar radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and lumbar ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and lower back muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and lumbar paravertebral muscles, and sacroiliac joints – 2-3 times per week for 2-3 weeks
b. Reduce compression of the cervical, lumbar and thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic and lumbar spine (Myofascial release treatment). Every 3-4 days.
c. Therapeutic exercises to the cervical and lumbar spine and sacroiliac joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
b. Restore range of motion in the lumbar and cervical spine and sacroiliac joints 90 % of normal limits using neuromuscular massage and reeducation.
c. Restore functional capability and strength: standing 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
d. Increase ability to walk and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M54.17 and M54.12, referred by Dr. Ivanchenko on 04/05/2022 for osteopathic manipulative treatment two to three times a week or six weeks.

M99.02; M99.04

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 4 medical problems of low risk and moderate complexity decision making (20-25 minutes)
PNF Stretching Therapy provided for the following areas:
Lower Back – 20 minutes
Neck - 10 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
2.
98926 OMT Regions:
Head: cranio-occipital ____ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12__+____
Lumbar: T12-L2 ___+__L4-L5__+_____
Sacral/Pelvic: L5-S1____SI___+__ Ileo-psoas___+__
Extremity Lower: ITB_+___Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

### *Low back pain*

### *Neck pain*

### *Thoracic pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 05 Jun 2022 11:25 AM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 20 May 2022

## CC

1. Low back pain (right L4-L5, right L5-S1, bilateral sacroiliac joints)
2. Neck pain (right C7-T2, right levator scapulae)
3. Thoracic pain (right T4-T6, right rhomboideus)

## Subjective

Patient presented today for a follow-up visit. Patient states that after the previous visit there was partial improvement with low back pain, neck pain, and thoracic pain. There is resistant pain at right C7-T2 and right T4-T6. The patient has difficulty bending, extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## Medications

No known medications

## Mental/Functional

LOCATION: Low back (+) bilateral L4-L5, right L5-S1, bilateral sacroiliac joints. Neck (+) right C7-T2, right levator scapulae. Thoracic (+) right T4-T6, right rhomboideus.
FUNCTIONAL DEFICIT:
Bending: low back.
Extending: neck, thoracic.
Turning: neck.
Sitting: less than 1 hour.
Lifting: less than 5 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Low back pain 2-3/10 (right L5-S1); neck pain 2-3/10 (right C7-T2); thoracic pain 2-3/10 (right T4-T6).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## Objective

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Lower Back (+) flexion (+) less than 70 degrees. straight leg raise (+) less than 30 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees to the right.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Lower back:
L3-L4(+).
L4-L5(+). right.
ilio-costalis muscle(+).
L5-S1(+). right. 2-3/10
sacroiliac(+).
piriformis(+).
gluteus medius(+).
gluteus minimus(+).
ilio-tibial band(+).
ilio-psoas(+).
hamstring(+).
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). right.
Scaleni(+).
C7-T2(+). right. 2-3/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). right. 2-3/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). right.
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Low back pain (M54.17) Radiculopathy, lumbosacral region modified 6 Apr, 2022
Neck pain (M54.12) Radiculopathy, cervical region modified 6 Apr, 2022
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 6 Apr, 2022
Low back pain (M99.04) Segmental and somatic dysfunction of sacral region modified 6 Apr, 2022

GOALS (04/05/2022):
Assessment:
Patient symptoms were the result of combination of neck pain and low back pain due to cervical and lumbar radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and lumbar ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and lower back muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
   a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and lumbar paravertebral muscles, and sacroiliac joints – 2-3 times per week for 2-3 weeks
   b. Reduce compression of the cervical, lumbar and thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic and lumbar spine (Myofascial release treatment). Every 3-4 days.
   c. Therapeutic exercises to the cervical and lumbar spine and sacroiliac joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
   d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
   a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
   b. Restore range of motion in the lumbar and cervical spine and sacroiliac joints 90 % of normal limits using neuromuscular massage and reeducation.
   c. Restore functional capability and strength: standing 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
   d. Increase ability to walk and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M54.17 and M54.12, referred by Dr. Ivanchenko on 04/05/2022 for osteopathic manipulative treatment two to three times a week or six weeks.

M99.02; M99.04

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 4 medical problems of low risk and moderate complexity decision making (20-25 minutes)
PNF Stretching Therapy provided for the following areas:
Lower Back – 20 minutes
Neck - 10 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
2.
98926 OMT Regions:
Head: cranio-occipital ____ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12__+____
Lumbar: T12-L2 ___+__L4-L5__+_____
Sacral/Pelvic: L5-S1____SI___+__ Ileo-psoas___+__
Extremity Lower: ITB_+___Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

### *Low back pain*

### *Neck pain*

### *Thoracic pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 22 May 2022 10:06 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 11 May 2022

## *CC*

1. Low back pain (right L4-L5, right L5-S1, bilateral sacroiliac joints)
2. Neck pain (right C7-T2, right levator scapulae)
3. Thoracic pain (bilateral T4-T6, right rhomboideus)

## *Subjective*

Patient presented today for a follow-up visit. Patient states that after the previous visit there was partial improvement with low back pain, neck pain, and thoracic pain. There is resistant pain at right L5-S1 and bilateral T4-T6. The patient has difficulty bending, extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## *Medications*

No known medications

## *Mental/Functional*

LOCATION: Low back (+) bilateral L4-L5, right L5-S1, bilateral sacroiliac joints. Neck (+) right C7-T2, right levator scapulae. Thoracic (+) bilateral T4-T6, right rhomboideus.
FUNCTIONAL DEFICIT:
Bending: low back.
Extending: neck, thoracic.
Turning: neck.
Sitting: less than 1 hour.
Lifting: less than 5 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Low back pain 3/10 (right L5-S1); neck pain 3/10 (right C7-T2); thoracic pain 3/10 (bilateral T4-T6).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## *Objective*

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Lower Back (+) flexion (+) less than 70 degrees. straight leg raise (+) less than 30 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees to the right.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Lower back:
L3-L4(+).
L4-L5(+). right.
ilio-costalis muscle(+).
L5-S1(+). right. 3/10
sacroiliac(+).
piriformis(+).
gluteus medius(+).
gluteus minimus(+).
ilio-tibial band(+).
ilio-psoas(+).
hamstring(+).
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). right.
Scaleni(+).
C7-T2(+). right. 3/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). 3/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). right.
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Low back pain (M54.17) Radiculopathy, lumbosacral region modified 6 Apr, 2022
Neck pain (M54.12) Radiculopathy, cervical region modified 6 Apr, 2022
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 6 Apr, 2022
Low back pain (M99.04) Segmental and somatic dysfunction of sacral region modified 6 Apr, 2022

GOALS (04/05/2022):
Assessment:
Patient symptoms were the result of combination of neck pain and low back pain due to cervical and lumbar radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and lumbar ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and lower back muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
   a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and lumbar paravertebral muscles, and sacroiliac joints – 2-3 times per week for 2-3 weeks
   b. Reduce compression of the cervical, lumbar and thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic and lumbar spine (Myofascial release treatment). Every 3-4 days.
   c. Therapeutic exercises to the cervical and lumbar spine and sacroiliac joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
   d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
   a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
   b. Restore range of motion in the lumbar and cervical spine and sacroiliac joints 90 % of normal limits using neuromuscular massage and reeducation.
   c. Restore functional capability and strength: standing 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
   d. Increase ability to walk and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M54.17 and M54.12, referred by Dr. Ivanchenko on 04/05/2022 for osteopathic manipulative treatment two to three times a week or six weeks.

M99.02; M99.04

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 4 medical problems of low risk and moderate complexity decision making (20-25 minutes)
PNF Stretching Therapy provided for the following areas:
Lower Back – 20 minutes
Neck - 10 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
2.
98926 OMT Regions:
Head: cranio-occipital ____ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12__+____
Lumbar: T12-L2 ___+__L4-L5__+_____
Sacral/Pelvic: L5-S1____SI___+__ Ileo-psoas___+__
Extremity Lower: ITB_+___Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

### *Low back pain*

### *Neck pain*

### *Thoracic pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 22 May 2022 10:06 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 09 May 2022

## CC

1. Low back pain (right L4-L5, bilateral sacroiliac joints)
2. Neck pain (right C7-T2, right levator scapulae)
3. Thoracic pain (right T4-T6, right rhomboideus)

## Subjective

Patient presented today for a follow-up visit. Patient states that after the previous visit there was no significant change with low back pain, neck pain, and thoracic pain. There is resistant pain at right C7-T2 and right T4-T6. The patient has difficulty bending, extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## Medications

No known medications

## Mental/Functional

LOCATION: Low back (+) bilateral L4-L5, bilateral sacroiliac joints. Neck (+) right C7-T2, right levator scapulae. Thoracic (+) right T4-T6, right rhomboideus.
FUNCTIONAL DEFICIT:
Bending: low back.
Extending: neck, thoracic.
Turning: neck.
Sitting: less than 1 hour.
Lifting: less than 5 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Low back pain 3-4/10 (right L4-L5); neck pain 3-4/10 (right C7-T2); thoracic pain 3-4/10 (right T4-T6, right rhomboideus).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## Objective

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Lower Back (+) flexion (+) less than 70 degrees. straight leg raise (+) less than 30 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees to the right.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Lower back:
L3-L4(+).
L4-L5(+). right. 3-4/10
ilio-costalis muscle(+).
L5-S1(+).
sacroiliac(+).
piriformis(+).
gluteus medius(+).
gluteus minimus(+).
ilio-tibial band(+).
ilio-psoas(+).
hamstring(+).
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). right.
Scaleni(+).
C7-T2(+). right. 3-4/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). right. 3-4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). right. 3-4/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

## *Assessment*

Low back pain (M54.17) Radiculopathy, lumbosacral region modified 6 Apr, 2022
Neck pain (M54.12) Radiculopathy, cervical region modified 6 Apr, 2022
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 6 Apr, 2022
Low back pain (M99.04) Segmental and somatic dysfunction of sacral region modified 6 Apr, 2022

GOALS (04/05/2022):
Assessment:
Patient symptoms were the result of combination of neck pain and low back pain due to cervical and lumbar radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and lumbar ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and lower back muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and lumbar paravertebral muscles, and sacroiliac joints – 2-3 times per week for 2-3 weeks
b. Reduce compression of the cervical, lumbar and thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic and lumbar spine (Myofascial release treatment). Every 3-4 days.
c. Therapeutic exercises to the cervical and lumbar spine and sacroiliac joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
b. Restore range of motion in the lumbar and cervical spine and sacroiliac joints 90 % of normal limits using neuromuscular massage and reeducation.
c. Restore functional capability and strength: standing 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
d. Increase ability to walk and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M54.17 and M54.12, referred by Dr. Ivanchenko on 04/05/2022 for osteopathic manipulative treatment two to three times a week or six weeks.

M99.02; M99.04

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 4 medical problems of low risk and moderate complexity decision making (20-25 minutes)
PNF Stretching Therapy provided for the following areas:
Lower Back – 20 minutes
Neck - 10 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
2.
98926 OMT Regions:
Head: cranio-occipital ____ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12__+____
Lumbar: T12-L2 ___+__L4-L5__+_____
Sacral/Pelvic: L5-S1____SI___+__ Ileo-psoas___+__
Extremity Lower: ITB_+___Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

***Low back pain***

***Neck pain***

***Thoracic pain***

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 22 May 2022 10:06 PM

**MD Follow-up Note**

**Elena Shifrin**
DOB: 02 Feb 1962 (62 yo Female)
Phone: 8473224176
Visit Date: 28 Apr 2022

## CC

1. Low back pain (right L4-L5, bilateral sacroiliac joints)
2. Neck pain (right C7-T2, right levator scapulae)
3. Thoracic pain (right T4-T6, right rhomboideus)

## Subjective

Patient presented today for a follow-up visit. Patient states that after the previous visit there was partial improvement with low back pain, neck pain, and thoracic pain. Low back pain decreased 20%. There is resistant pain at right C7-T2 and right T4-T6. The patient has difficulty bending, extending, turning, sitting, lifting, and sleeping. Pain is worse after exertion.

## Medications

No known medications

## Mental/Functional

LOCATION: Low back (+) bilateral L4-L5, bilateral sacroiliac joints. Neck (+) right C7-T2, right levator scapulae. Thoracic (+) right T4-T6, right rhomboideus.
FUNCTIONAL DEFICIT:
Bending: low back.
Extending: neck, thoracic.
Turning: neck.
Sitting: less than 50 minutes.
Lifting: less than 5 pounds.
Sleeping: less than 5 hours.
INTENSITY/SEVERITY: Low back pain 3-4/10 (right L4-L5); neck pain 4/10 (right C7-T2); thoracic pain 4/10 (right T4-T6, right rhomboideus).
QUALITY: Sharp, shooting (_) dull, pulling (+)
TIMING: Pain is worsening with exertion.
STUDIES:

## Objective

POSTURE AND GAIT:
Within normal limits (+)

RANGE OF MOTION:
Within normal limits (-)
Lower Back (+) flexion (+) less than 70 degrees. straight leg raise (+) less than 30 degrees. extension (-) rotation (-)
Neck (+) flexion (-) extension (+) less than 0 degrees. rotation (+) less than 30 degrees to the right.
Thoracic (+) flexion (-) extension (+) less than 0 degrees. rotation (-)

TENDERNESS ON PALPATION:
1. Lower back:
L3-L4(+).
L4-L5(+). right. 3-4/10
ilio-costalis muscle(+).
L5-S1(+).
sacroiliac(+).
piriformis(+).
gluteus medius(+).
gluteus minimus(+).
ilio-tibial band(+).
ilio-psoas(+).
hamstring(+).
2. Neck:
C0-C2(+).
Temporo-mandibular joint (+).
Capitis rectus(+).
Splenius Capitis(+).
Levator Scapulae(+). right.
Scaleni(+).
C7-T2(+). right. 4/10
Upper Trapezius(+).
3. Thoracic:
T4-T6(+). right. 4/10
Costovertebral(+).
Iliocostalis(+).
Rhomboid (+). right. 4/10
Trapezius(+).
Costo-sternal(+).
Coraco-brachialis(+).
Pectoralis minor(+).

REFLEXES:
deep tendon reflexes are symmetrical (+).
STRENGTH:
Muscle strength 5/5 bilaterally (+).
SENSORY LOSS:
none

---

## *Assessment*

---

Low back pain (M54.17) Radiculopathy, lumbosacral region modified 6 Apr, 2022
Neck pain (M54.12) Radiculopathy, cervical region modified 6 Apr, 2022
Thoracic pain (M99.02) Segmental and somatic dysfunction of thoracic region modified 6 Apr, 2022
Low back pain (M99.04) Segmental and somatic dysfunction of sacral region modified 6 Apr, 2022

GOALS (04/05/2022):
Assessment:
Patient symptoms were the result of combination of neck pain and low back pain due to cervical and lumbar radiculopathy, aggravated by acute inflammation and edema of cervical, thoracic and lumbar ligaments and muscles, worsening the compression of peripheral nerves, leading to the muscular spasm of cervical, thoracic and lower back muscles. In order to help the patient the doctor established the plan of care:

1. Initial goals and procedures.
   a. Reduce inflammation and spasm with anti-inflammatory medications and gentle manual therapy, neuro-muscular massage and reeducation of cervical and lumbar paravertebral muscles, and sacroiliac joints – 2-3 times per week for 2-3 weeks
   b. Reduce compression of the cervical, lumbar and thoracic nerve roots with osteopathic axial decompression (Articulatory treatment) and passive mobilization of cervical, thoracic and lumbar spine (Myofascial release treatment). Every 3-4 days.
   c. Therapeutic exercises to the cervical and lumbar spine and sacroiliac joints in both active-assisted and passive approaches in order to increase range-of-motion and strength 2-3 times per week for 2-3 weeks.
   d. Reduce pain level 60% and increase ROM 70%.

2. Long term goals:
   a. Decrease pain level to 1-2/10 in 8-10 weeks using myofascial manual therapy and osteopathic decompression of intervertebral foramens.
   b. Restore range of motion in the lumbar and cervical spine and sacroiliac joints 90 % of normal limits using neuromuscular massage and reeducation.
   c. Restore functional capability and strength: standing 60 minutes using passive and active therapeutic exercises specifically tailored for the weakest muscles.
   d. Increase ability to walk and sit for more than 2 hours in 8-10 weeks using weight bearing and core strengthening exercises and proprioceptive neuromuscular reeducation.

Patient with the diagnosis of M54.17 and M54.12, referred by Dr. Ivanchenko on 04/05/2022 for osteopathic manipulative treatment two to three times a week or six weeks.

M99.02; M99.04

---

## *Plan*

---

1.
99213 - Office Visit
Medical orthopedic and osteopathic follow-up evaluation of 4 medical problems of low risk and moderate complexity decision making (20-25 minutes)
PNF Stretching Therapy provided for the following areas:
Lower Back – 20 minutes
Neck - 10 minutes
Performed by Andrew Ivanchenko M.D. Electronic signature on file.
2.
98926 OMT Regions:
Head: cranio-occipital ____ TMJ____
Cervical: C2-C4__+_ C7-T1__+___
Thoracic: T2-T4__+___T8-T12__+____
Lumbar: T12-L2 ___+__L4-L5__+_____
Sacral/Pelvic: L5-S1____SI___+__ Ileo-psoas___+__
Extremity Lower: ITB_+___Hamstring____ Knee_____ Ankle_____
Extremity upper: Shoulder_____ elbow_____ wrist______
Ribs: Costo-vertebral_____ intercostal_____ costo-sternal______
OMT techniques used:
Articulatory treatment__+__ Ligamentous articular strain treatment,_____
Craniosacral treatment__+___ Couterstrain_____ HVLA___+___
Neuromuscular release_____ Myofascial release treatment__+___
Total regions: __4__ provided by Andrew Ivanchenko M.D.

### *Low back pain*

### *Neck pain*

### *Thoracic pain*

Electronically signed by:
Andrew Ivanchenko, MD
Signed on: 08 May 2022 11:29 PM