**Progress Notes**

**Patient:** SHIFRIN, ELENA
**Account Number:** 90747
**DOB:** 02/02/1962 **Age:** 62 Y **Sex:** Female
**Phone:** 847-322-4176
**Address:** 1414 TRESCOTT ST, MUNDELEIN, IL-60060-4543
**Pcp:** Boris Gurevich

**Provider:** Alina Garaeva, NP
**Date:** 05/15/2024

---

## Subjective:

**Chief Complaints:**

1. Frequent urination.

**HPI:**

Complaints Description:

The patient is here to follow up on urinary frequency.
Continues to experience urinary urgency and frequency.
Combination therapy with Gemtesa and Solifenacin did not improve her symptoms significantly.
Denies water intake after dinner.
NO incontinence.
Denies UTI s/s today.
Negative hematuria evaluation on 03/2024.
Negative GYN evaluation.
She states that she snores at night but does not wake up gasping for air.
She tried Myrbetriq 50 mg/day for 1-2 months with no relief.

**ROS:**

General/Constitutional:

Denies fever. Denies chills. Denies headache.

Psychiatric:

Admits being generally satisfied with life. Denies feeling severely depressed. Denies having considered suicide.

**Medical History:** Hiperthyroidism, High blood pressure, High cholesterol.

**Surgical History:** Thyroid removal , Gallbladder removal .

**Hospitalization/Major Diagnostic Procedure:** as above .

**Family History:** Father: diagnosed with Hypertension, Heart Disease. Mother: diagnosed with Cancer. Non-Contributory.

**Social History:**

Tobacco Use:

Tobacco Use/Smoking
Are you a *nonsmoker*

**Medications:** Taking amLODIPine Besy-Benazepril HCl 2.5-10 MG Capsule as directed Orally , Taking Atorvastatin Calcium 20 MG Tablet 1 tablet Orally Once a day, Taking Levothyroxine Sodium 112 MCG Tablet 1 tablet in the morning on an empty stomach Orally Once a day, Taking Gemtesa 75 MG Tablet 1 tablet Orally Once a day, Taking Solifenacin Succinate 5 MG Tablet 1 tablet Orally Once a day, Taking Premarin 0.625 MG/GM Cream 1 gram Vaginal Twice per week, using fingertip, Taking hydrOXYzine HCl 10 MG Tablet Oral , Taking LORazepam 0.5 MG Tablet Oral , Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Ht: 5 ft 2 in, Wt: **150 lbs**, BMI: **27.43 Index**, RR: **18 /min**, Ht-cm: 157.48 cm, Wt-kg: **68.04 kg**.

---

**Examination:**

General Apperence:

Nutritional state

nurished: *well*

development: *well developed*

Distress

distress: *in no acute distress*

Alertness

alertness: *alert*

orientation: *oriented*

Age of appearance

appeared: *stated age*

Neurological/Psychiatric:

Mood and Affect

Mood *normal*

Affect *normal*

## Assessment:

**Assessment:**

1. Nocturia - R35.1
2. Postmenopause atrophic vaginitis - N95.2
3. Microhematuria - R31.29

## Plan:

**1. Nocturia**

Start Amitriptyline HCl Tablet, 10 MG, 1 tablet at bedtime, Orally, Once a day, 30 days, 30, Refills 1 ; Stop Gemtesa Tablet, 75 MG, 1 tablet, Orally, Once a day ; Stop Solifenacin Succinate Tablet, 5 MG, 1 tablet, Orally, Once a day .

Imaging: Post-void Residual Bladder Scan

| | Value | Reference Range |
|---|---|---|
| PVR, mL | 0 | |

Notes: She failed the combination therapy with Gemtesa and Solifenacin.
Persistent bothersome nocturia. She states that hydroxyzine taken at bedtime improves her nocturia and improves her sleep.
Recommended to try Amitriptyline 10 mg taken at bedtime. Discussed side effects of the medication.
She will stop Solifenacin and Gemtesa. Recommended to stop Hydroxyzine while taking Amitriptyline.
Recommended to have a sleep study and obtain a voiding diary to evaluate nocturnal polyuria.

**2. Postmenopause atrophic vaginitis**

Continue Premarin Cream, 0.625 MG/GM, 1 gram, Vaginal, Twice per week, using fingertip .
Notes: She will continue using estrogen cream twice a week.

**3. Microhematuria**

LAB: Urinalysis with Creatinine

| | Value | Reference Range |
|---|---|---|
| Color | yellow | |
| Glucose, mg/dL | negative | |
| Ketones | negative | |
| Specific gravity | 1.015 | |
| Blood | MODERATE | |
| pH | 6.5 | |

| | |
|---|---|
| Nitrates | negative |
| Leukocytes | negative |
| Protein | negative |
| Creatinine, mg/dL | 100 |
| P:C Ratio | normal |

Notes: Negative hematuria workup.
I will continue to monitor it at each follow-up visit.

**Procedure Codes:** 82570 CREATININE - MEDICARE, Modifiers: QW , 81003 URINALYSIS, AUTOMATED WO MICRO - MEDICARE, Modifiers: QW , 51798 MEASUREMENT BLADDER CAPACITY BY USN, G8420 BMI<30 AND >=22 CALC & DOCU

**Follow Up:** 1-2 months (Reason: F/U on Amitriptyline)

**Images:**

Alina Garaeva, NP-C

**Electronically signed by Alina Garaeva on 05/15/2024 at 11:30 AM CDT**

**Sign off status: Pending**

**Disposition and Communication: Side effects of medications were reviewed with particular emphasis on: proper use and package insert side effects heart problems, Discussion of plans involved: detailed explanation, The patient demonstrated understanding of the entire discussion and treatment plans by asking questions - all questions were answered, Copy of the note sent to primary care physician, Number of Diagnoses: Level 4, Amount and/or Comlexity of data: Level 2, Risk of complications: Level 4, Seen with: The patient was seen jointly/incident to with Dr. Elterman**

---

**Provider: Alina Garaeva, NP** **Date: 05/15/2024**