# Progress Notes

## Boruch Zucker, MD at 09/14/23 0820

**Electrophysiology progress note**

Patient: Roman Shifrin

Patient here for follow up on asymptomatic PAF, obesity.moderate OSA (refused tx tried CPAP) continues to feel well without any symptoms from his AFib. He is here with spouse who states he snores,
He reports some left arm paraesthesia going down to finger tips, not related to exertion.
He is very physically active all day

significant weight change: none
palpitations: none
claudication: none
nocturia: none
exertional chest discomfort: none
dizziness: none
pnd: none
dyspnea at rest: none
dyspnea on exertion: none
leg edema: none
orthopnea: none
falls: none

ECG 12/27/2022 AF at 88 normal PR,QRS,QTC
**ECG** 1/10/2019 AF 93bpm normal QRS,qTc , LAD

**Zio patch 1/2020**
Sinus 91(50-205) with 47% AF longet 22 hours mean rate 108

**Stress echo 12/2020**
Total exercise time: 6 min sec
Target Max HR: 157
Heart rate: Resting: 105 Peak: 184 %of MPHR: 117%
Estimated MET level: 7Test terminated due to: Fatigue
Blood pressure: Resting 118/88 Peak 186/80
Normal ECHO no valve pathology reported
EF 60->75%
Normal ECG response

**A.Nuclear stress 2016** per family normal

**Sleep Study 2020** AHI 15

**Outpatient Medications Marked as Taking for the 9/14/23 encounter (Office Visit) with Zucker, Boruch, MD**

| Medication | Sig |
|---|---|
| • MetoPROLOL SR (TOPROL XL) 25 MG PO TABLET SR 24 HR | Take 2 Tabs by mouth once per day. |
| • Atorvastatin (LIPITOR) 20 MG PO Tab | Take 1 Tab by mouth once daily in the evening. |
| • RivaROXaban (XARELTO) 20 MG PO Tab | Take 1 Tab by mouth every day with dinner. |
| • SYNTHROID 150 MCG PO Tab | TAKE 1 TABLET BY MOUTH EVERY DAY BEFORE BREAKFAST 5/week, brand |

BP 128/84 | Pulse 83 | Ht 5' 10" (1.778 m) | Wt 108.9 kg (240 lb) | SpO2 97% | BMI 34.44 kg/m²
PE:
GENERAL: alert and comfortable
NECK: JVP 6, negative HJR, no carotid bruit or thyroid enlargement
HEART: normal S1, S2, rhythm irregular, no gallops, no murmur
LUNGS: clear, no rhonchi, rales of wheezing.
ABD: soft, nontender. No palplable masses or bruit.
EXTR:: no leg edema. Pedal pulses intact
SKIN: no cyanosis

**LAB DATA:**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 191 | 02/02/2013 |
| TRIG | 64 | 02/02/2013 |
| HDL | 46 | 02/02/2013 |
| LDL | 132 (H) | 02/02/2013 |
| CHOLHDL | 4.2 | 02/02/2013 |

**CHA2DS2-VASc**
Age: between 65 and 74
Sex: male
Heart failure: no
Hypertension: yes
Stroke/TIA/embolism: no
Vascular disease history: no
Diabetes: no
**CHADS2 VASc Score**: 2 - A score of 2 is associated with a yearly stroke rate of 2.2%

**Impression:**
>Chronic AF remains asymptomatic with controlled rates,. At this point given his lack of symptoms and no evidence that the ablation offers a mortality benefit in chronic AFib, we will continue to monitor. He is now HTN and now does have elevated embolic risk and discussed potential benefit from anticoagulation,continue xarelto
>OSA moderate never did follow up with sleep medicine I have suggested he see Dr Pomerantz for inspire evaluation, he declined
>ATCP resolved and negative stress echo 2/2020, given new arm pain offered repeat stress he declined. I advised he should speak with Dr BORIS GUREVICH
>HTN on metoprolol low dose goal BP <130/80 to monitor at home if remains above goal would start hydrochlorothiazide

Follow up yearly
Boruch Zucker, MD
Office Phone: 847-676-1333
Beeper 0353

# Patient Instructions

Boruch Zucker, MD at 09/14/23 0820

Consider seeing Dr Pomerantz for INSPIRE implant
Call if willing to repeat stress test
Speak with dr BORIS GUREVICH about arm pain

**Continue current therapy**
**Call if increased palpitations chest pain, lightheadedness, loss of consciousness or shortness of breath**

**Follow up 12 months**

**Thank you for coming to clinic today and choosing NorthShore. I want to encourage you to join and use NORTHSHORE CONNECT MESSAGING if you haven't already done so. Please be aware that some NorthShore Connect messages require additional time and work to fully answer complex questions that may arise beyond your clinic visit. Additional charges or co-pay may therefor be applied to these messages.**

**You may receive a follow up letter asking you to let us know how we did during this visit and I would appreciate you taking the time to complete. If you did not feel that you received a 5 STAR visit today and have any unaddressed concerns I would be happy to discuss prior to your leaving clinic today or by follow up communications.**

**The 21st Century Cures Act makes my medical note like today's visit available to you in the interest of transparency.**
**Please be advised that my documentation is meant to convey information and as such, it is written in medical language and may contain abbreviations or verbiage that are unfamiliar. Medical documents are intended to convey relevant information and findings, and the clinical opinion of myself and therefore may appear blunt or direct.**

## Nursing Note

Jasmine M at 09/14/23 0820

Patient's name and DOB verified with patient prior to Exam

MyChart® licensed from Epic Systems Corporation © 1999 - 2024