SHIFRIN, Mishel M DOB: 05/27/1995 (25 yo F) Acc No. 63255 DOS: 12/02/2020



**Shifrin, Mishel M**
25 Y old Female, DOB: 05/27/1995
Account Number: 63255
1414 TRESCOTT ST, MUNDELEIN, IL-60060-4543
Home: 847-660-4640
Guarantor: Shifrin, Mishel M Insurance: Blue Cross Blue Shield
Payer ID: SB621
PCP: Milena Jguenti Referring: Boris Gurevich
Appointment Facility: Dr. Hantos SC

12/02/2020 Progress Notes: Livia Hantos, MD

## Current Medications

Taking
- Folic Acid
- Vitamin D
- Keppra , Notes: ER 1500 mg BID
- Vimpat , Notes: 100 mg BID
- Medication List reviewed and reconciled with the patient

## Past Medical History

Seizure disorder.

## Surgical History

No Surgical History documented.

## Family History

Both parents are alive and healthy patient has no siblings.

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Drugs/Alcohol:
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have a drink containing alcohol in the past year? *Monthly or less (1 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
Points *1*
Interpretation *Negative*
Smoking none.EtOH occasional.
Single full time student works at CVS.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Reason for Appointment

1. Seizure disorder

## History of Present Illness

Constitutional:

This pleasant 25-year-old right-handed patient has complex partial seizures with secondary generalization. She is on Keppra XR 1500 mg BID, and Vimpat 100 milligrams by mouth twice a day. On this combination her clinical course is stable . She is using CBD oil occasionally MRI of the brain indicated no mesial temporal sclerosis. EEG showed left temporal cortical irritability.

## Vital Signs

BP 118/75 mm Hg, Wt 145 lbs, BMI **24.13 Index**, Ht 5 ft 5 in, Ht-cm 165.1 cm, Wt-kg **65.77 kg**.

## Examination

Neurological:

COGNITION ASSESSMENT TOOLS USED
Total score MMSE *30*

CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, general knowledge and judgement within normal variation, speech fluent.
SPEECH: normal.
CRANIAL NERVES: , II - Pupils 4mms reacting briskly to 2 mms, III , IV, VI - EOM were full with normal pursuit and saccade, V - sensory V intact, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.
MOTOR STRENGTH: bulk is normal, , motor is grossly normal , no atrophy, no fasciculations, no focal deficit, strength is normal in all limbs, tone normal , there is no spasticity, there are no abnormal movements, no drift, no cogwheeling.
SENSORY: normal bilateral lower extremities and upper pain sensation normal ,
pinprick sensation intact, vibration sensation intact.
REFLEXES: normal.

## Review of Systems

Ophthalmologic:
Denies Glaucoma. Denies Visual loss. Denies Diplopia. Denies Glasses.
ENT:
Denies Decreased hearing. Denies Ear pain. Denies Ringing in the ears. Denies Sinus pain.
Respiratory:
Denies Cough. Denies Shortness of breath.
Cardiovascular:
Denies Dizziness. Denies Chest pain. Denies Palpitations. Denies Swelling in hands/feet.
Gastrointestinal:
Denies Abdominal pain. Denies Constipation. Denies Decreased appetite. Denies Diarrhea.
Genitourinary:
Denies Nocturia. Denies Incontinence. Denies Urgency. Denies Blood in urine.
Musculoskeletal:
Denies Painful joints. Denies Sciatica. Denies Swollen joints.
Skin:
Denies Bruising. Denies Rash.
Neurologic:
Denies Dizziness. Denies Seizures.
Psychiatric:
Denies Confusion. Denies Insomnia. Denies Anxiety. Denies Depressed mood.

PLANTARS: normal.
CEREBELLAR SIGNS: finger to nose test is normal , heel to knee test is normal.
COORDINATION: finger-to-nose and rapid alternating movements were intact.
GAIT AND STATION: within normal limits, Romberg was negative, tandem Gait was steady.
TREMORS: absent.

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy, carotid pulse normal, no carotid bruit.

## Assessments

1. H/O absence seizures - Z86.69 (Primary)
2. Grand mal seizure - G40.409
3. Abnormal EEG - R94.01

## Treatment

**1. H/O absence seizures**
Continue Keppra XR Tablet Extended Release 24 Hour, 750 MG, 1500 milligrams by mouth twice a day, Orally, 30 day(s)
Continue Vimpat Tablet, 100 MG, 1 tablet, Orally, Twice a day
LAB: CBC With Differential/Platelet
LAB: comprehensive metabolic profile
LAB: keppra level
Notes:
Patient carries the diagnosis of absence seizures, complex partial seizures with secondary generalization.. She remains on generic keppra XR 1500 MILLIGRAMS BY MOUTH TWICE A DAY COMBINED WITH VIMPAT 100 MILLIGRAMS BY MOUTH TWICE A DAY. A follow-up CBC, chemistry panel, and Keppra level will be ordered. She understands that sleep deprivation, alcohol or drug use potentially reduce the seizure threshold and she should avoid of those. She is advised to take a vitamin D supplement and folic acid 400 micrograms daily. We will consider a follow-up EEG at one point next year
.

**2. Grand mal seizure**
Notes: as above.

**3. Abnormal EEG**
Notes:
There was left cortical irritability on her follow-up EEG
.

**4. Others**
Notes: Patient understands risk of treatment/medication and agrees to the treatment/ medication as stated above.
.

## Preventive Medicine

Counseling:
Epilepsy



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Patient with epilepsy counseled on childbearing risks: *Yes*
Diet/Vitamins discussed including high doses of Vitamins A, C, E and Zinc: .
Exercise: .

Screenings:
FALL RISK SCREENING
Fall Risk Assessment: *No falls in the past year*
COGNITIVE IMPAIRMENT SCREENING:
Date of most recent screening: *12/02/2020*
DEPRESSION SCREENING:
Date of most recent screening: *12/02/2020*

**Follow Up**
6 Months

**Electronically signed by Livia Hantos , MD on 12/02/2020 at 08:54 AM CST**

**Sign off status: Completed**

**Dr. Hantos SC**
**1604 N Arlington Hts Rd**
**Arlington Hts, IL 600043908**
**Tel: 847-541-4010**
**Fax: 877-755-4622**

**SHIFRIN, Mishel M DOB: 05/27/1995 (26 yo F) Acc No. 63255 DOS: 06/25/2021**



# Shifrin, Mishel M

26 Y old Female, DOB: 05/27/1995
Account Number: 63255
1414 TRESCOTT ST, MUNDELEIN, IL-60060-4543
Home: 847-660-4640
Guarantor: Shifrin, Mishel M Insurance: Aetna Health Plans
Payer ID: 60054
PCP: Milena Jguenti Referring: Boris Gurevich
Appointment Facility: Dr. Hantos SC

06/25/2021 Progress Notes: Livia Hantos, MD

### Current Medications

Taking
- Vitamin B12
- Folic Acid
- Vitamin D
- Keppra , Notes: ER 1500 mg BID
- Vimpat , Notes: 100 mg BID

Medication List reviewed and reconciled with the patient

### Past Medical History

Seizure disorder.

### Surgical History

No Surgical History documented.

### Family History

Both parents are alive and healthy patient has no siblings.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Smoking none.EtOH occasional.
Single full time student works at CVS.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Ophthalmologic:
Denies Glaucoma. Denies Visual loss. Denies Diplopia. Denies Glasses.
ENT:
Denies Decreased hearing. Denies Ear pain. Denies Ringing in the ears. Denies Sinus pain.
Respiratory:
Denies Cough. Denies Shortness of

### Reason for Appointment

1. Seizure disorder

### History of Present Illness

Constitutional:
This pleasant 26-year-old right-handed patient has complex partial seizures with secondary generalization. She is on Keppra XR 1500 mg BID, and Vimpat 100 milligrams by mouth twice a day. On this combination her clinical course is stable . She is using CBD oil occasionally MRI of the brain indicated no mesial temporal sclerosis. EEG showed left temporal cortical irritability.

### Vital Signs

HR 70 /min, BP 130/80 mm Hg, Wt 145 lbs, BMI **24.13 Index**, Ht 5 ft 5 in, Ht-cm 165.1 cm, Wt-kg **65.77 kg**.

### Examination

Neurological:
COGNITION ASSESSMENT TOOLS USED
Total score MMSE *30*

CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, general knowledge and judgement within normal variation, speech fluent.
SPEECH: normal.
CRANIAL NERVES: , II - Pupils 4mms reacting briskly to 2 mms, III , IV, VI - EOM were full with normal pursuit and saccade, V - sensory V intact, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.
MOTOR STRENGTH: bulk is normal, , motor is grossly normal , no atrophy, no fasciculations, no focal deficit, strength is normal in all limbs, tone normal , there is no spasticity, there are no abnormal movements, no drift, no cogwheeling.
SENSORY: normal bilateral lower extremities and upper pain sensation normal ,
pinprick sensation intact, vibration sensation intact.
REFLEXES: normal.



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (26 yo F) Acc No. 63255 DOS: 06/25/2021

breath.
Cardiovascular:
Denies Dizziness. Denies Chest pain. Denies Palpitations. Denies Swelling in hands/feet.
Gastrointestinal:
Denies Abdominal pain. Denies Constipation. Denies Decreased appetite. Denies Diarrhea.
Genitourinary:
Denies Nocturia. Denies Incontinence. Denies Urgency. Denies Blood in urine.
Musculoskeletal:
Denies Painful joints. Denies Sciatica. Denies Swollen joints.
Skin:
Denies Bruising. Denies Rash.
Neurologic:
Denies Dizziness. Denies Seizures.
Psychiatric:
Denies Confusion. Denies Insomnia. Denies Anxiety. Denies Depressed mood.

PLANTARS: normal.
CEREBELLAR SIGNS: finger to nose test is normal , heel to knee test is normal.
COORDINATION: finger-to-nose and rapid alternating movements were intact.
GAIT AND STATION: within normal limits, Romberg was negative, tandem Gait was steady.
TREMORS: absent.

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy, carotid pulse normal, no carotid bruit.

## Assessments

1. H/O absence seizures - Z86.69 (Primary)
2. Grand mal seizure - G40.409
3. Abnormal EEG - R94.01

## Treatment

**1. H/O absence seizures**
Continue Keppra XR Tablet Extended Release 24 Hour, 750 MG, 1500 milligrams by mouth twice a day, Orally, 30 day(s)
Continue Vimpat Tablet, 100 MG, 1 tablet, Orally, Twice a day
LAB: CBC With Differential/Platelet
LAB: comprehensive metabolic profile
LAB: keppra level
Notes:

Patient carries the diagnosis of absence seizures, complex partial seizures with secondary generalization.. She remains on generic keppra XR 1500 milligrams twice a day and Vimpat 100 milligrams twice daily. A follow-up CBC, chemistry panel, and Keppra level will be ordered. She understands that sleep deprivation, alcohol or drug use potentially reduce the seizure threshold and she should avoid of those. She is advised to take a vitamin D supplement and folic acid 400 micrograms daily. We will consider a follow-up EEG at one point next year .

**2. Grand mal seizure**
Notes: as above.

**3. Abnormal EEG**
Notes:
There was left cortical irritability on her follow-up EEG .

**4. Others**
Notes: Patient understands risk of treatment/medication and agrees to the treatment/ medication as stated above.
.

## Preventive Medicine

Counseling:
Epilepsy
Patient with epilepsy counseled on childbearing risks: *Yes*
Diet/Vitamins discussed including high doses of Vitamins A, C, E and



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (26 yo F) Acc No. 63255 DOS: 06/25/2021

Zinc: .
Exercise: .
Screenings:
FALL RISK SCREENING
Fall Risk Assessment: *No falls in the past year*
COGNITIVE IMPAIRMENT SCREENING:
Date of most recent screening: *06/25/2021*
DEPRESSION SCREENING:
Date of most recent screening: *06/25/2021*

**Follow Up**
6 Months

Electronically signed by Livia Hantos , MD on 06/25/2021 at 10:08 AM CDT

Sign off status: Completed

Dr. Hantos SC
1604 N Arlington Hts Rd
Arlington Hts, IL 600043908
Tel: 847-541-4010
Fax: 877-755-4622



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (26 yo F) Acc No. 63255 DOS: 12/23/2021



**Shifrin, Mishel M**

26 Y old Female, DOB: 05/27/1995
Account Number: 63255
1414 TRESCOTT ST, MUNDELEIN, IL-60060-4543
Home: 847-660-4640
Guarantor: Shifrin, Mishel M Insurance: Aetna Health Plans
Payer ID: 60054
PCP: Milena Jguenti Referring: Boris Gurevich
Appointment Facility: Dr. Hantos SC

12/23/2021 Progress Notes: Livia Hantos, MD

### Current Medications

Taking
- Keppra XR 750 MG Tablet Extended Release 24 Hour 1500 milligrams by mouth twice a day Orally
- Vimpat 100 MG Tablet 1 tablet Orally Twice a day
- Vitamin B12
- Folic Acid
- Vitamin D

Medication List reviewed and reconciled with the patient

### Past Medical History

Seizure disorder.

### Surgical History

No Surgical History documented.

### Family History

Both parents are alive and healthy patient has no siblings.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*

Smoking none.EtOH occasional.
Single full time student works at CVS.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Ophthalmologic:
Denies Glaucoma. Denies Visual loss. Denies Diplopia. Denies Glasses.
ENT:
Denies Decreased hearing.

### Reason for Appointment

1. Seizure disorder

### History of Present Illness

Constitutional:

This pleasant 26-year-old right-handed patient has complex partial seizures with secondary generalization. She is on Keppra XR 1500 mg BID, and Vimpat 100 milligrams by mouth twice a day. On this combination her clinical course is stable . She is using CBD oil occasionally MRI of the brain indicated no mesial temporal sclerosis. EEG showed left temporal cortical irritability. she is due for her follow-up blood level this time.

### Vital Signs

HR 70 /min, BP 123/70 mm Hg, Wt 145 lbs, BMI **24.13 Index**, Ht 5 ft 5 in, Ht-cm 165.1 cm, Wt-kg **65.77 kg**.

### Examination

Neurological:

COGNITION ASSESSMENT TOOLS USED
Total score MMSE *30*

CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, general knowledge and judgement within normal variation, speech fluent.

SPEECH: normal.

CRANIAL NERVES: , II - Pupils 4mms reacting briskly to 2 mms, III , IV, VI - EOM were full with normal pursuit and saccade, V - sensory V intact, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.

MOTOR STRENGTH: bulk is normal, , motor is grossly normal , no atrophy, no fasciculations, no focal deficit, strength is normal in all limbs, tone normal , there is no spasticity, there are no abnormal movements, no drift, no cogwheeling.

SENSORY: normal bilateral lower extremities and upper pain sensation normal ,
pinprick sensation intact, vibration sensation intact.

REFLEXES: normal.



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (26 yo F) Acc No. 63255 DOS: 12/23/2021

Denies Ear pain. Denies Ringing in the ears. Denies Sinus pain.
Respiratory:
Denies Cough. Denies Shortness of breath.
Cardiovascular:
Denies Dizziness. Denies Chest pain. Denies Palpitations. Denies Swelling in hands/feet.
Gastrointestinal:
Denies Abdominal pain. Denies Constipation. Denies Decreased appetite. Denies Diarrhea.
Genitourinary:
Denies Nocturia. Denies Incontinence. Denies Urgency. Denies Blood in urine.
Musculoskeletal:
Denies Painful joints. Denies Sciatica. Denies Swollen joints.
Skin:
Denies Bruising. Denies Rash.
Neurologic:
Denies Dizziness. Denies Seizures.
Psychiatric:
Denies Confusion. Denies Insomnia. Denies Anxiety. Denies Depressed mood.

PLANTARS: normal.
CEREBELLAR SIGNS: finger to nose test is normal , heel to knee test is normal.
COORDINATION: finger-to-nose and rapid alternating movements were intact.
GAIT AND STATION: within normal limits, Romberg was negative, tandem Gait was steady.
TREMORS: absent.

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy, carotid pulse normal, no carotid bruit.

## Assessments

1. H/O absence seizures - Z86.69 (Primary)
2. Grand mal seizure - G40.409
3. Abnormal EEG - R94.01

## Treatment

**1. H/O absence seizures**

Continue Keppra XR Tablet Extended Release 24 Hour, 750 MG, 1500 milligrams by mouth twice a day, Orally, 30 day(s)
Continue Vimpat Tablet, 100 MG, 1 tablet, Orally, Twice a day
LAB: CBC With Differential/Platelet
LAB: comprehensive metabolic profile
LAB: keppra level
Notes:

Patient carries the diagnosis of absence seizures, complex partial seizures with secondary generalization.. She remains on generic keppra XR 1500 milligrams twice a day and Vimpat 100 milligrams twice daily. A follow-up CBC, chemistry panel, and Keppra level will be ordered. She understands that sleep deprivation, alcohol or drug use potentially reduce the seizure threshold and she should avoid of those. She is advised to take a vitamin D supplement and folic acid 400 micrograms daily. We will consider a follow-up EEG at one point next year .

**2. Grand mal seizure**

Notes: as above.

**3. Abnormal EEG**

Notes:
There was left cortical irritability on her follow-up EEG .

**4. Others**

Notes: Patient understands risk of treatment/medication and agrees to the treatment/ medication as stated above.
.

## Preventive Medicine

Counseling:
Epilepsy
Patient with epilepsy counseled on childbearing risks: *Yes*
Diet/Vitamins discussed including high doses of Vitamins A, C, E and



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (26 yo F) Acc No. 63255 DOS: 12/23/2021

Zinc: .
Exercise: .
Screenings:
FALL RISK SCREENING
Fall Risk Assessment: *No falls in the past year*
COGNITIVE IMPAIRMENT SCREENING:
Date of most recent screening: *12/23/2021*
DEPRESSION SCREENING:
Date of most recent screening: *06/25/2021*
covid vaccine yes.

**Follow Up**
6 Months

Electronically signed by Livia Hantos , MD on 12/23/2021 at 10:37 AM CST

Sign off status: Completed

Dr. Hantos SC
1604 N Arlington Hts Rd
Arlington Hts, IL 600043908
Tel: 847-541-4010
Fax: 877-755-4622



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (27 yo F) Acc No. 63255 DOS: 06/29/2022



**Shifrin, Mishel M**
27 Y old Female, DOB: 05/27/1995
Account Number: 63255
1414 TRESCOTT ST, MUNDELEIN, IL-60060-4543
Home: 847-660-4640
Guarantor: Shifrin, Mishel M Insurance: Aetna Health Plans
Payer ID: 60054
PCP: Milena Jguenti Referring: Boris Gurevich
Appointment Facility: Dr. Hantos SC

06/29/2022 Progress Notes: Livia Hantos, MD

## Current Medications

Taking
- Keppra XR 750 MG Tablet Extended Release 24 Hour 1500 milligrams by mouth twice a day Orally
- Vimpat 100 MG Tablet 1 tablet Orally Twice a day
- Folic Acid
- Vitamin D

Discontinued
- Vitamin B12

Medication List reviewed and reconciled with the patient

## Past Medical History

Seizure disorder.

## Surgical History

No Surgical History documented.

## Family History

Both parents are alive and healthy patient has no siblings.

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*

Smoking none.EtOH occasional.
Single full time student works at CVS.

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

Ophthalmologic:
Denies Glaucoma. Denies Visual loss. Denies Diplopia. Denies Glasses.
ENT:

## Reason for Appointment

1. Seizure disorder

## History of Present Illness

Constitutional:

This pleasant 27-year-old right-handed patient has complex partial seizures with secondary generalization. She is on Keppra XR 1500 mg BID, and Vimpat 100 milligrams by mouth twice a day. On this combination her clinical course is stable . She is using CBD oil occasionally MRI of the brain indicated no mesial temporal sclerosis. EEG showed left temporal cortical irritability. Her last Keppra level was 33.8 CBC chemistry panel stable.

## Vital Signs

HR 70 /min, BP 120/70 mm Hg, Wt 145 lbs, BMI **24.13 Index**, Ht 5 ft 5 in, Ht-cm 165.1 cm, Wt-kg **65.77 kg**.

## Examination

Neurological:

COGNITION ASSESSMENT TOOLS USED
Total score MMSE *30*

CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, general knowledge and judgement within normal variation, speech fluent.

SPEECH: normal.

CRANIAL NERVES: , II - Pupils 4mms reacting briskly to 2 mms, III , IV, VI - EOM were full with normal pursuit and saccade, V - sensory V intact, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.

MOTOR STRENGTH: bulk is normal, , motor is grossly normal , no atrophy, no fasciculations, no focal deficit, strength is normal in all limbs, tone normal , there is no spasticity, there are no abnormal movements, no drift, no cogwheeling.

SENSORY: *normal bilateral lower extremities and upper pain sensation normal* ,
*pinprick* sensation intact, vibration sensation intact.

REFLEXES: normal.



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (27 yo F) Acc No. 63255 DOS: 06/29/2022

Denies Decreased hearing. Denies Ear pain. Denies Ringing in the ears. Denies Sinus pain.
Respiratory:
Denies Cough. Denies Shortness of breath.
Cardiovascular:
Denies Dizziness. Denies Chest pain. Denies Palpitations. Denies Swelling in hands/feet.
Gastrointestinal:
Denies Abdominal pain. Denies Constipation. Denies Decreased appetite. Denies Diarrhea.
Genitourinary:
Denies Nocturia. Denies Incontinence. Denies Urgency. Denies Blood in urine.
Musculoskeletal:
Denies Painful joints. Denies Sciatica. Denies Swollen joints.
Skin:
Denies Bruising. Denies Rash.
Neurologic:
Denies Dizziness. Denies Seizures.
Psychiatric:
Denies Confusion. Denies Insomnia. Denies Anxiety. Denies Depressed mood.

PLANTARS: normal.
CEREBELLAR SIGNS: finger to nose test is normal , heel to knee test is normal.
COORDINATION: finger-to-nose and rapid alternating movements were intact.
GAIT AND STATION: within normal limits, Romberg was negative, tandem Gait was steady.
TREMORS: absent.
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy, carotid pulse normal, no carotid bruit.

## Assessments

1. H/O absence seizures - Z86.69 (Primary)
2. Grand mal seizure - G40.409
3. Abnormal EEG - R94.01

## Treatment

**1. H/O absence seizures**
Continue Keppra XR Tablet Extended Release 24 Hour, 750 MG, 1500 milligrams by mouth twice a day, Orally, 30 day(s)
Continue Vimpat Tablet, 100 MG, 1 tablet, Orally, Twice a day
LAB: CBC With Differential/Platelet
LAB: comprehensive metabolic profile
LAB: keppra level
Notes:

Patient carries the diagnosis of absence seizures, complex partial seizures with secondary generalization.. She remains on generic keppra XR 1500 milligrams twice a day and Vimpat 100 milligrams twice daily. A follow-up CBC, chemistry panel, and Keppra level will be ordered. She understands the importance of blood testing and potetial sideeffects of seizure medications. She understands that sleep deprivation, alcohol or drug use potentially reduce the seizure threshold and she should avoid of those. She understands that birthcontroll pills potentially less eefctive and appropriate protection is suggested. She is advised to take a vitamin D supplement and folic acid 400 micrograms daily. We will consider a follow-up EEG at one point next year .

**2. Grand mal seizure**
Notes: as above.

**3. Abnormal EEG**
Notes:
There was left cortical irritability on her follow-up EEG .

**4. Others**
Notes: Patient understands risk of treatment/medication and agrees to the treatment/ medication as stated above.
.

## Preventive Medicine


Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (27 yo F) Acc No. 63255 DOS: 06/29/2022

Counseling:
Epilepsy
Patient with epilepsy counseled on childbearing risks: *Yes*
Diet/Vitamins discussed including high doses of Vitamins A, C, E and Zinc: .
Exercise: .
Screenings:
FALL RISK SCREENING
Fall Risk Assessment: *No falls in the past year*
COGNITIVE IMPAIRMENT SCREENING:
Date of most recent screening: *06/29/2022*
DEPRESSION SCREENING:
Date of most recent screening: *06/29/2022*
covid vaccine yes.

**Follow Up**
6 Months



Electronically signed by Livia Hantos , MD on 09/13/2022 at 12:35 PM CDT

Sign off status: Completed

Dr. Hantos SC
1604 N Arlington Hts Rd
Arlington Hts, IL 600043908
Tel: 847-541-4010
Fax: 877-755-4622



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**SHIFRIN, Mishel M DOB: 05/27/1995 (27 yo F) Acc No. 63255 DOS: 12/21/2022**



# Shifrin, Mishel M

27 Y old Female, DOB: 05/27/1995
Account Number: 63255
1414 TRESCOTT ST, MUNDELEIN, IL-60060-4543
Home: 847-660-4640
Guarantor: Shifrin, Mishel M Insurance: Aetna Health Plans
Payer ID: 60054
PCP: Milena Jguenti Referring: Boris Gurevich
Appointment Facility: Dr. Hantos SC

12/21/2022 Progress Notes: Livia Hantos, MD

### Current Medications

Taking
- Keppra XR 750 MG Tablet Extended Release 24 Hour 1500 milligrams by mouth twice a day Orally
- Vimpat 100 MG Tablet 1 tablet Orally Twice a day
- Folic Acid
- Vitamin D

Medication List reviewed and reconciled with the patient

### Past Medical History

Seizure disorder.

### Surgical History

No Surgical History documented.

### Family History

Both parents are alive and healthy patient has no siblings.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*

Smoking none.EtOH occasional.
Single full time student works at CVS.

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Ophthalmologic:
Denies Glaucoma. Denies Visual loss. Denies Diplopia. Denies Glasses.
ENT:
Denies Decreased hearing.
Denies Ear pain. Denies Ringing in the

### Reason for Appointment

1. Seizure disorder

### History of Present Illness

Constitutional:
This pleasant 27-year-old right-handed patient has complex partial seizures with secondary generalization. She is on generic Keppra XR 1500 mg BID, and generic Vimpat 100 milligrams by mouth twice a day. On this combination her clinical course is stable . She is using CBD oil occasionally MRI of the brain indicated no mesial temporal sclerosis. EEG showed left temporal cortical irritability. She is due for follow up blood levels.

### Vital Signs

HR 70 /min, BP 105/ 70, Wt 145 lbs, BMI **24.13 Index**, Ht 5 ft 5 in, Ht-cm 165.1 cm, Wt-kg **65.77 kg**.

### Examination

Neurological:
COGNITION ASSESSMENT TOOLS USED
Total score MMSE *30*

CORTICAL FUNCTIONS: alert and oriented X 3, comprehension and language intact, general knowledge and judgement within normal variation, speech fluent.
SPEECH: normal.
CRANIAL NERVES: , II - Pupils 4mms reacting briskly to 2 mms, III , IV, VI - EOM were full with normal pursuit and saccade, V - sensory V intact, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile., XI - Sternocleidomastoid, trapezius strength intact., XII - Tongue protruded midline w/o atrophy or fasciculations.
MOTOR STRENGTH: bulk is normal, , motor is grossly normal , no atrophy, no fasciculations, no focal deficit, strength is normal in all limbs, tone normal , there is no spasticity, there are no abnormal movements, no drift, no cogwheeling.
SENSORY: normal bilateral lower extremities and upper pain sensation normal ,
pinprick sensation intact, vibration sensation intact.
REFLEXES: normal.


Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SHIFRIN, Mishel M DOB: 05/27/1995 (27 yo F) Acc No. 63255 DOS: 12/21/2022

ears. Denies Sinus pain.
Respiratory:
Denies Cough. Denies Shortness of breath.
Cardiovascular:
Denies Dizziness. Denies Chest pain. Denies Palpitations. Denies Swelling in hands/feet.
Gastrointestinal:
Denies Abdominal pain. Denies Constipation. Denies Decreased appetite. Denies Diarrhea.
Genitourinary:
Denies Nocturia. Denies Incontinence. Denies Urgency. Denies Blood in urine.
Musculoskeletal:
Denies Painful joints. Denies Sciatica. Denies Swollen joints.
Skin:
Denies Bruising. Denies Rash.
Neurologic:
Denies Dizziness. Denies Seizures.
Psychiatric:
Denies Confusion. Denies Insomnia. Denies Anxiety. Denies Depressed mood.

PLANTARS: normal.
CEREBELLAR SIGNS: finger to nose test is normal , heel to knee test is normal.
COORDINATION: finger-to-nose and rapid alternating movements were intact.
GAIT AND STATION: within normal limits, Romberg was negative, tandem Gait was steady.
TREMORS: absent.

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy, carotid pulse normal, no carotid bruit.

## Assessments

1. H/O absence seizures - Z86.69 (Primary)
2. Grand mal seizure - G40.409
3. Abnormal EEG - R94.01

## Treatment

**1. H/O absence seizures**
Continue Keppra XR Tablet Extended Release 24 Hour, 750 MG, 1500 milligrams by mouth twice a day, Orally, 30 day(s)
Continue Vimpat Tablet, 100 MG, 1 tablet, Orally, Twice a day
LAB: CBC With Differential/Platelet
LAB: comprehensive metabolic profile
LAB: keppra level
Notes:

Patient carries the diagnosis of absence seizures, complex partial seizures with secondary generalization.. She remains on generic keppra XR 1500 milligrams twice a day and generic Vimpat 100 milligrams twice daily. A follow-up CBC, chemistry panel, and Keppra level will be ordered. She understands the importance of blood testing and potetial sideeffects of seizure medications. She understands that sleep deprivation, alcohol or drug use potentially reduce the seizure threshold and she should avoid of those. She understands that birthcontroll pills potentially less eefctive and appropriate protection is suggested. She is advised to take a vitamin D supplement and folic acid 400 micrograms daily. We will consider a follow-up EEG at one point next year .

**2. Grand mal seizure**
Notes: as above.

**3. Abnormal EEG**
Notes:
There was left cortical irritability on her follow-up EEG .

**4. Others**
Notes: Patient understands risk of treatment/medication and agrees to the treatment/ medication as stated above.
.

## Preventive Medicine



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**SHIFRIN, Mishel M DOB: 05/27/1995 (27 yo F) Acc No. 63255 DOS: 12/21/2022**

Counseling:
Epilepsy
Patient with epilepsy counseled on childbearing risks: *Yes*
Diet/Vitamins discussed including high doses of Vitamins A, C, E and Zinc: .
Exercise: .
Screenings:
FALL RISK SCREENING
Fall Risk Assessment: *No falls in the past year*
COGNITIVE IMPAIRMENT SCREENING:
Date of most recent screening: *12/21/2022*
DEPRESSION SCREENING:
Date of most recent screening: *12/21/2022*
covid vaccine yes.

**Follow Up**
6 Months

**Electronically signed by Livia Hantos , MD on 12/21/2022 at 10:56 AM CST**

**Sign off status: Completed**

Dr. Hantos SC
1604 N Arlington Hts Rd
Arlington Hts, IL 600043908
Tel: 847-541-4010
Fax: 877-755-4622



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)